**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ed Map, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0329090** |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**296 Harper Street**
**Nelsonville, OH 45764**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Athens**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **edmap.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Ed Map, Inc.**                                             Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Ed Map, Inc.**                                                          Case number (*if known*) _____
         Name

---

**11.  Why is the case filed in**        *Check all that apply:*
**this district?**

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
      preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**    ☑ No
**have possession of any**
**real property or personal**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                **Why does the property need immediate attention?** (*Check all that apply.*)

                                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                    What is the hazard? _____

                                ☐ It needs to be physically secured or protected from the weather.

                                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                    livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                ☐ Other _____

                                **Where is the property?** _____
                                                          Number, Street, City, State & ZIP Code

                                **Is the property insured?**

                                ☐ No

                                ☐ Yes.   Insurance agency _____

                                         Contact name _____

                                         Phone _____

---

███   **Statistical and administrative information**

---

**13.  Debtor's estimation of**    .    *Check one:*
**available funds**
                                ☑ Funds will be available for distribution to unsecured creditors.

                                ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
**creditors**                   ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                                ☑ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                                ☐ 200-999

---

**15.  Estimated Assets**       ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☑ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**  ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☑ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor    **Ed Map, Inc.**
_____
Name                                                              Case number (*if known*) _____

---

████    **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature<br> of authorized<br> representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is trued and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **September 17, 2018**
_____
MM / DD / YYYY

**X** **/s/ Michael Mark**
_____                    **Michael Mark**
Signature of authorized representative of debtor                    _____
                                                                     Printed name

Title    **Chief Executive Officer**
_____

---

**18. Signature of attorney**

**X** **/s/ Myron N. Terlecky**
_____                    Date    **September 17, 2018**
Signature of attorney for debtor                                      _____
                                                                     MM / DD / YYYY

**Myron N. Terlecky 0018628**
_____
Printed name

**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
_____
Firm name

**575 S. Third St**
**Columbus, OH 43215**
_____
Number, Street, City, State & ZIP Code

Contact phone    **614-228-6345**        Email address    _____

**0018628 OH**
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Ed Map, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 17, 2018**     X **/s/ Michael Mark**
                                     Signature of individual signing on behalf of debtor

                                     **Michael Mark**
                                     Printed name

                                     **Chief Executive Officer**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Ed Map, Inc.** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VitalSource Attn Legal Department 227 Fayetteville Street, Suite 400 Raleigh, NC 27601** | **Keri Cable**<br><br>**Keri.Cable@ingram content.com 615-213-5412** | | | | | **$7,219,190.75** |
| **Pearson Education 200 Old Tappan Rd Westwood, NJ 07675** | **Anne Tortelli**<br><br>**anne.tortelli@pears on.com 201-767-5926** | | | | | **$1,500,000.00** |
| **Elvsevier Science 321 Riverport Ln Maryland Heights, MO 63043** | **Kurt Keller**<br><br>**ku.keller@elsevier. com 314-447-8263** | | | | | **$1,001,701.00** |
| **EMC Paradigm Publishing 9004 Solution Center Chicago, IL 60677-9000** | **Dale Vigen**<br><br>**dvigen@emcp.com 800-328-1452** | | | | | **$191,054.89** |
| **EScience Labs 1500 W. Hampden Ave., Bldg. 2 Sheridan, CO 80110** | **Sara Hickman**<br><br>**shickman@escienc elabs.com 303-741-0674** | | | | | **$174,458.75** |
| **MEDTRAK 1847 Ruddiman Dr. North Muskegon, MI 49445** | **Rick Schanhals**<br><br>**rschanhals@medtr aksystems.com 231-638-1589** | | | | | **$172,500.00** |
| **American Medical Association 330 N Wabash Ave., Ste 39300 Chicago, IL 60601** | **Linda Wrobel**<br><br>**Linda.Wrobel@ama -assn.org 312-464-4188** | | | | | **$143,300.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Ed Map, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cengage Learning** **10650 Toebben Dr** **Independence, KY** **41051** | **Deanna Weinel** **deanna.weinel@ce ngage.com** **877-201-3962, Ext 74726** | | | | | **$140,647.00** |
| **McGraw Hill** **P O Box 2258** **Carol Stream, IL** **60132** | **Stephanie Anderson** **stephanie.anderso n@mheducation.co m** **609-469-9152** | | | | | **$74,086.00** |
| **Oxford University Press** **2001 Evans Rd.** **Cary, NC 27513** | **Sharon Carter** **sharon.carter@oup .com** **919-677-0977, Ext 4593** | | | | | **$44,460.16** |
| **Shadow Health, Inc.** **201 SE 2nd Ave.** **Gainesville, FL** **32601-6239** | **Stephanie Palka** **Stephanie@shado whealth.com** **800-860-3241, ext 1090** | | | | | **$36,351.00** |
| **John Wiley & Sons** **One Wiley Dr** **Somerset, NJ 08875** | **Ellen Porter** **eporter@wiley.com** **800-434-3433, Option 8** | | | | | **$27,739.00** |
| **AHIMA** **233 N Michigan Ave., 21st Floor Chicago, IL 60601** | **Natassia Travis** **Natassia.Travis@a hima.org** **312-233-1171** | | | | | **$24,480.55** |
| **Dawn Sign Press** **6130 Nany Ridge Dr.** **San Diego, CA 92121** | **Accounting Dept** **accounting@dawn sign.com** **858-625-0600** | | | | | **$22,962.84** |
| **TRAZ Capital Partners, LLC** **60 Riverside Dr.** **New York, NY 10024** | **Jonathon Newcomb** **jonathon.newcomb @yahoo.com** **212-771-9000, Ext 105** | | | | | **$21,000.00** |
| **MPS (formerly VHPS)** **16365 James Madison Hwy Gordonsville, VA 22942** | **Juanita Alessi** **jalessi@mpsvirgini a.com** **888-330-8477, Ext 7527** | | | | | **$20,964.87** |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 2

Debtor   **Ed Map, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Peregrine Academic Services** <br> **801 East 4th St., #2** <br> **Gillette, WY 82716** | **Ann Edwards** <br><br> **finance@peregrine academics.com** <br> **877-260-1555** | | | | | **$20,608.00** |
| **Taylor & Francis** <br> **5000 Broken Sound Pkwy NW, Ste 300** <br> **Boca Raton, FL 33487** | **Krista Howell** <br><br> **Krista.howell@tayl orandfrancis.com** <br> **859-692-4873** | | | | | **$17,104.08** |
| **Test Out Corporation** <br> **50 South Main St.** <br> **Pleasant Grove, UT 84062** | **Traci Bird** <br><br> **tbird@testout.com** <br> **801-796-5217** | | | | | **$16,482.00** |
| **Kendall-Hunt Publishing** <br> **4050 Westmark Dr.** <br> **Dubuque, IA 52004** | **Sue Jones** <br><br> **sjones@kendallhu nt.com** <br> **563-589-1214** | **Trade debt** | | | | **$14,407.20** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Ohio

In re  **Ed Map, Inc.** _____  Case No. _____

Debtor(s)                                        Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

■ Debtor          ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor          ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
        **All services will be billed hourly.  See Application to Employ Counsel**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 17, 2018** _____        **/s/ Myron N. Terlecky** _____
_Date_                                          **Myron N. Terlecky 0018628**
                                                _Signature of Attorney_
                                                **Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
                                                **575 S. Third St**
                                                **Columbus, OH 43215**
                                                **614-228-6345  Fax: 614-228-6369**
                                                _Name of law firm_

---

A BOOK COMPANY, LLC
2373 PALUMBO DR.
LEXINGTON, KY 40509

ABC CLIO
130 CREMONS DR
SANTA BARBARA, CA 93116

ACENET
94 COLUMBUS RD.
ATHENS, OH 45701

ADENA VENTURES, L.P.
C/O STEVE PARKER, ESQ.
100 LIGHT ST.
BALTIMORE, MD 21202

AHIMA
233 N MICHIGAN AVE., 21ST FLOOR
CHICAGO, IL 60601

AHIMA - HERZING
233 N MICHIGAN AVE., 21ST FLOOR
CHICAGO, IL 60601

ALPHAGRAPHICS
215 SOUTH STATE ST., STE. 320
SALT LAKE CITY, UT 84111

AMERICAN MEDICAL ASSOCIATION
330 N WABASH AVE., STE 39300
CHICAGO, IL 60601

AMERICAN OCCUPATIONAL THERAPY ASSOC.
4720 MONTGOMERY LANE, SUITE 200
BETHESDA, MD 20814

AMERICAN PUBLIC UNIVERSITY SYSTEM
111 WEST CONGRESS ST.
CHARLES TOWN, WV 25414

AMERICAN SCHOOL COUNSELOR ASSOCIATION
1101 KING ST., #310
ALEXANDRIA, VA 22314-2944

AMERICAN SOCIETY OF CIVIL ENGINEERS
1801 ALEXANDER BELL DR.
RESTON, VA 20191

ANDREA THOGMARTIN
58 MADISON AVE.
ATHENS, OH 45701

ARMOND DALTON
2867 JOLLY RD.
OKEMOS, MI 48864-3547

ASSOCIATION OF GOLF MERCHANDISERS
P O BOX 7247
PHOENIX, AZ 85011

BETHANY UNGAR
531 RICHLAND AVE.
ATHENS, OH 45701

BRANDEE GLENN
5645 STATE RTE. 78
BUCHTEL, OH 45716

BRANDY HAYE
40 TERRACE ST.
NELSONVILLE, OH 45764

BRIDGEPOINT EDUCATION, INC.
8620 SPECTRUM CENTER BLVD.
SAN DIEGO, CA 92123

BRILL USA
143 WEST ST.
NEW MILFORD, CT 06776

CAPELLA EDUCATION CO.
225 SOUTH SIXTH ST., 9TH FL.
MINNEAPOLIS, MN 55402

CAREER CONNECTIONS
507 RICHLAND AVE., #107
ATHENS, OH 45701

CENGAGE LEARNING
10650 TOEBBEN DR
INDEPENDENCE, KY 41051

CHANNING BETE COMPANY, INC.
ONE COMMUNITY PLACE
SOUTH DEERFIELD, MA 01373

COLUMBIA COLLEGE
1001 ROGERS ST.
COLUMBIA, MO 65216

COMCOURSE
1101 PACIFIC AVE., STE. 250
SANTA CRUZ, CA 95060

CREATIVE PACKAGING
1781 KEMPER CT.
ZANESVILLE, OH 43701

D & H
2525 N 7TH STREET
HARRISBURG, PA 17110

DAWN SIGN PRESS
6130 NANY RIDGE DR.
SAN DIEGO, CA 92121

DEGRAFFICS
1515 W. DEER VALLEY RD., STE. C101
PHOENIX, AZ 85027

DLSC LTD.
C/O MICHAEL MARK
11085 NNORTHPOINT DR.
ATHENS, OH 45701

EDUCATION CORPORATION OF AMERICA
3660 GRANDVIEW PKWY, STE. 300
BIRMINGHAM, AL 35243

ELVSEVIER SCIENCE
321 RIVERPORT LN
MARYLAND HEIGHTS, MO 63043

EMC PARADIGM PUBLISHING
9004 SOLUTION CENTER
CHICAGO, IL 60677-9000

EMC PARADIGM PUBLISHING
875 MONTREAL WAY
SAINT PAUL, MN 55102

ERIN CARTER
188 LONGVIEW HEIGHTS RD.
ATHENS, OH 45701

ESCIENCE LABS
1500 W. HAMPDEN AVE., BLDG. 2
SHERIDAN, CO 80110

ESZTER MAJOR-ROHRER
9188 HOOPER RD.
ATHENS, OH 45701

FA DAVIS - HERZING
1915 ARCH ST.
PHILADELPHIA, PA 19103

FA DAVIS COMPANY
1915 ARCH ST.
PHILADELPHIA, PA 19103

GEOSTAR COMMUNICATIONS
3593 MEDINA RD.
MEDINA, OH 44256

GLEIM PUBLICATIONS
P O BOX 12848
UNIVERSITY STATION
GAINESVILLE, FL 32604

GLO-BUS SOFTWARE
5710 WATERMELON RD., #200
NORTHPORT, AL 35473

GREGORY SMITH
2303 ABINGTON RD.
COLUMBUS, OH 43221

HACHETTE BOOK GROUP
237 PARK AVE
NEW YORK, NY 10017

HARPER COLLINS PUBLISHERS
53 GLENMAURA NATIONAL BLVD., #300
MOOSIC, PA 18507-2132

HARPER COLLINS PUBLISHERS
195 BROADWAY
NEW YORK, NY 10007

HEALTH ADMINISTRATION PRESS
1 NORTH FRANKLIN, STE. 1700
CHICAGO, IL 60606-3529

HEIDI CASSTEEL
16299 6TH ST.
MILLFIELD, OH 45761

HEIDI WILHELM
18 COVENTRY LN.
ATHENS, OH 45701

HERZING, INC.
525 NORTH 6TH ST.
MILWAUKEE, WI 53203

HODGES UNIVERSITY
2655 NORTHBROOKE DR.
NAPLES, FL 34119

HONDROS COLLEGE SCHOOL OF NURSING
4140 EXECUTIVE PKWY
WESTERVILLE, OH 43081

HOPKINS FULFILLMENT SERVICE
1101 E 33RD ST., STE. D200
BALTIMORE, MD 21218

HUMAN KINETICS
1607 N MARKET ST.,
CHAMPAIGN, IL 61820-5076

INDEPENDENT PUBLISHERS GROUP
814 N FRANKLIN ST.
CHICAGO, IL 60610

INGRAM BOOK COMPANY
ONE INGRAM BLVD.
LA VERGNE, TN 37086

INTERPRETIVE SOFTWARE
1421 SACHEM PLACE, #2
CHARLOTTESVILLE, VA 22901

JA MAJORS
P O BOX 277938
ATLANTA, GA 30384-7938

JEROME M. SATTLER PUBLISHER
7400 EL CAJON BLVD., #204
LA MESA, CA 91942

JESSICA C. HAGMAN
9303 BASSETT RD.
ATHENS, OH 45701

JESSIE HARMON
124 LAMAR DR.
ATHENS, OH 45701

JOHN WILEY & SONS
ONE WILEY DR
SOMERSET, NJ 08875

JONES & BARTLETT
40 TALL PINE DR.
SUDBURY, MA 01776

JONES & BARTLETT - APUS
40 TALL PINE DR.
SUDBURY, MA 01776

JONES & BARTLETT - BRIDGEPOINT
40 TALL PINE DR.
SUDBURY, MA 01776

JOSHUA ESKEY
9103 FIVE POINTS RD.
ATHENS, OH 45701

JOSHUA THOMPSON
3408 PINEGROVE PL.
CHAMPAIGN, IL 61822

KATHY SCHWALBE, LLC
1465 BASSWOOD RD.
SOUTH HAVEN, MN 55382

KATHY SCHWALBE, LLC
6635 COUNTRY ROAD 101
HAMEL, MN 55340

KENDALL-HUNT PUBLISHING
4050 WESTMARK DR.
DUBUQUE, IA 52004

KENNETH RUTTER
647 HIGH ST.
NELSONVILLE, OH 45764

KERRY PIGMAN
6 CANTERBURY DR.
ATHENS, OH 45701

KEYBANK NATIONAL ASSOCIATION
ATTN: LEGAL DEPARTMENT
127 PUBLIC SQUARE
CLEVELAND, OH 44114

KRISTOPHER WEISENBACH
7506 LUHRIG RD.
ATHENS, OH 45701

LAD CUSTOM PUBLISHING, INC.
5212 BELLE WOOD CT., #206
BUFORD, GA 30518

LIGHTENING SOURCE - CAPELLA
1246 HEIL QUAKER BLVD.
LA VERGNE, TN 37086

LIGHTENING SOURCE -BRIDGEPOINT
1246 HEIL QUAKER BLVD.
LA VERGNE, TN 37086

LILLIAN DODD
38 EAST THIRD SST.
THE PLAINS, OH 45780

LIPPINCOTT - ECA
16522 HUNTERS GREEN PKWY
HAGERSTOWN, MD 21740

LIPPINCOTT WILLIAMS & WILKINS
16522 HUNTERS GREEN PKWY
HAGERSTOWN, MD 21740

LORETTA KYLE
5210 W. SECOND ST.
LOGAN, OH 43138

LORI RIFE
P O BOX 58
17414 SECOND ST.
BUCHTEL, OH 45716

LOS ANGELES FILM SCHOOL
6363 SUNSET BLVD.
LOS ANGELES, CA 90028

MARK CHRISTENSEN
194 LITTLE SUNAPPEE RD.
NEW LONDON, NH 03257

MATT VAN NOSTRAN
3545 LADD RIDGE RD.
ATHENS, OH 45701

MATTHEW HENRY
14620 STATE RTE. 278 NE
NELSONVILLE, OH 45764

MATTHEW WILLIAMS
11 WESTFIELD PL.
ATHENS, OH 45701

MCGRAW HILL
P O BOX 2258
CAROL STREAM, IL 60132

MEDMASTERS, INC.
3337 HOLLYWOOD OAKS DR.
FORT LAUDERDALE, FL 33312

MEDTRAK
1847 RUDDIMAN DR.
NORTH MUSKEGON, MI 49445

MEGAN DILLON
5290 FISHER RD.
P O BOX 5802
ATHENS, OH 45701

MELINDA BROOKS
1000 E. CANAL ST., G3
`
NELSONVILLE, OH 45764

MELISSA BOND
17556 FORK ST.
P O BOX 74
BUCHTEL, OH 45716

MICHAEL MARK
11085 NORTHPOINT DR.
ATHENS, OH 45701

MIND GARDEN, INC.
707 MENLO AVE., #120
MENLO PARK, CA 94025

MPS (FORMERLY VHPS)
16365 JAMES MADISON HWY
GORDONSVILLE, VA 22942

MYEDUCATOR, LLC
250 W. 540 N
OREM, UT 84057

NASCORP
27503 NETWORK PL.
CHICAGO, IL 60673-1275

NASW PRESS
P O BOX 116400
ATLANTA, GA 30368

NAT'L ASSOC FOR THE EDUC OF YOUNG CHILD
1313 L ST., NW, STE 500
WASHINGTON, DC 20005

NATIONAL HEALTHCAREER ASSOC.
62270 COLLECTION CENTER DR.
CHICAGO, IL 60693-0622

NATIONAL HEALTHCAREER ASSOC.
11161 OVERBROOK RD.
LEAWOOD, KS 66211

NATIONAL INSTRUMENTS
P O B11500 N MOPAC EXPRESSWAY, BLDG. A
AUSTIN, TX 78759

NORWICH UNIVERSITY COLLEGE OF GRAD
158 HARMON DR.
NORTHFIELD, VT 05663

OCA VENTURE PARTNERS, L.P.
C/O JIM DUGAN
351 W HUBBARD ST., STE. 600
RIVERTON, CT 06065-4000

OXFORD UNIVERSITY PRESS
2001 EVANS RD.
CARY, NC 27513

PC CONNECTION
730 MILFORD RD.
MERRIMACK, NH 03054

PEARSON EDUCATION
200 OLD TAPPAN RD
WESTWOOD, NJ 07675

PENGUIN RANDOM HOUSE
400 HAHN ROAD
WESTMINSTER, MD 21157

PEREGRINE ACADEMIC SERVICES
801 EAST 4TH ST., #2
GILLETTE, WY 82716

PEREGRINE ACADEMIC SERVICES
8P O BOX 741
GILLETTE, WY 82717

REITLER KAILAS & ROSENBLATT, LLC
885 THIRD AVE., 20TH FLOOR
NEW YORK, NY 10022-4834

RINGCENTRAL
20 DAVIS DR.
BELMONT, CA 94002

ROBERTA WASHBURN
65 LOTTRIDGE RD.
COOLVILLE, OH 45723

SAGE - CONGRESSIONAL QUARTERLY
DBA CONGRESSIONAL QUARTERLY
2455 TELLER RD.
THOUSAND OAKS, CA 91320

SAGE PUBLICATIONS
2455 TELLER RD.
NEWBURY PARK, CA 91320

SAGE PUBLICATIONS - CAPELLA
2455 TELLER RD.
NEWBURY PARK, CA 91320

SANDRA PATACCA
P O BOX 69
THE PLAINS, OH 45780

SARAH RIDDLEBARGER
80 BRIARWOOD DR.
ATHENS, OH 45701

SCOREBUILDERS
P O BOX 7242
SCARBOROUGH, ME 04070-7242

SHADOW HEALTH, INC.
201 SE 2ND AVE.
GAINESVILLE, FL 32601-6239

SHAWN NUNNALLY
13677 WESLEY DR.
LOGAN, OH 43138

SHRM DISTRIBUTION CENTER
2975 LONE OAK DR.
EAGEN, MN 55121-1553

SIMON & SCHUSTER TRADE PAPERBACKS
1230 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

SJF VENTRUES, L.P.
C/O DAVID KIRKPATRICK
200 N MANGUM ST., STE 203
DURHAM, NC 27701

SLACK, INC.
PROFESSIONAL BOOK DIVISION
6900 GROVE RD.
THOROFARE, NJ 08086

SPRINGER - VERLAG
333 MEADOWLANDS PKWY
SECAUCUS, NJ 07094

SPRINGER PUBLISHING COMOPANY
11 W. 42ND ST., 15TH FLOOR
NEW YORK, NY 10036

STACIE RAINEY
179 W. WASHINGTON ST.
NELSONVILLE, OH 45764

STEVEN MAXWELL
P O BOX 74
BUCHTEL, OH 45716

STRATFORD UNIVERSITY
3201 JERMANTOWN RD., STE. 500
FAIRFAX, VA 22030

TAYLOR & FRANCIS
5000 BROKEN SOUND PKWY NW, STE 300
BOCA RATON, FL 33487

TERRA BALCH
14695 CULLISON RD.
NELSONVILLE, OH 45764

TEST OUT CORPORATION
50 SOUTH MAIN ST.
PLEASANT GROVE, UT 84062

THERAPYED INT'L EDU. RESOURCES
500 DAVIS ST., #512
EVANSTON, IL 60201

THOMAS BECKETT, VP LEGAL AFFAIRS
AMERICAN PUBLIC UNIVERSITY SYSTEM
111 WEST CONGRESS ST.
CHARLES TOWN, WV 25414

TIE KINETIX
3 HIGHWOOD DR., #101-E
TEWKSBURY, MA 01876

TODD THOMPSON
37592 CHASE RUN RD.
ALBANY, OH 45710

TRACEY DEAL
905 CONNETT RD.
NELSONVILLE, OH 45764

TRACY KITTS
27 SOUTH MAY AVE.
ATHENS, OH 45701

TRAVIS ROBINSON
98 N. LANCASTER ST.
ATHENS, OH 45701

TRAZ CAPITAL PARTNERS, LLC
60 RIVERSIDE DR.
NEW YORK, NY 10024

TRILITERAL, LLC
100 MAPLE RIDGE RD.
CUMBERLAND, RI 02864

TY CRABTREE
36 POSTON RD., APT. 16
THE PLAINS, OH 45780

UNIVERSITY OF CHICAGO PRESS
11030 SOUTH LANGLEY AVE.
CHICAGO, IL 60628

UPS FREIGHT - ECA
28013 NETWORK PL.
CHICAGO, IL 60673-1280

UPS MAIL INNOVATIONS
28013 NETWORK PL.
CHICAGO, IL 60673-1280

VERNIER SOFTWARE & TECHNOLOGY, LLC
13979 SW MILLIKAN WAY
BEAVERTON, OR 97005-2886

VIGINIA COLLEGE, LLC
3860 GRANDVIEW PKWY, STE. 300
BIRMINGHAM, AL 35242

VITALSOURCE
ATTN LEGAL DEPARTMENT
227 FAYETTEVILLE STREET, SUITE 400
RALEIGH, NC 27601

VITALSOURCE
14 INGRAM BLVD.
LA VERGNE, TN 37086

W. W. NORTON & COMPANY
800 KEYSTONE INDUSTRIAL PARK
DUNMORE, PA 18512-0350

WEST ACADEMIC
444 CEDAR ST., #700
SAINT PAUL, MN 55101

XEROX
PO BOX 660501
DALLAS, TX 75266

# United States Bankruptcy Court
## Southern District of Ohio

In re   <u>Ed Map, Inc.</u>                                                                   Case No. _____

                                                              Debtor(s)         Chapter   <u>11</u>

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>Ed Map, Inc.</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Adena Ventures, L.P.**
**c/o Steve Parker, Esq.**
**100 Light St.**
**Baltimore, MD 21202**

**DLSC Ltd.**
**c/o Michael Mark**
**11085 Nnorthpoint Dr.**
**Athens, OH 45701**

**OCA Venture Partners, L.P.**
**c/o Jim Dugan**
**351 W Hubbard St., Ste. 600**
**Riverton, CT 06065-4000**

**SJF Ventrues, L.P.**
**c/o David Kirkpatrick**
**200 N Mangum St., Ste 203**
**Durham, NC 27701**

☐ None [*Check if applicable*]

<u>September 17, 2018</u>                      **/s/ Myron N. Terlecky**
Date                                          **Myron N. Terlecky 0018628**
                                              Signature of Attorney or Litigant
                                              Counsel for   **Ed Map, Inc.**
                                              **Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
                                              **575 S. Third St**
                                              **Columbus, OH 43215**
                                              **614-228-6345 Fax:614-228-6369**