**Fill in this information to identify the case:**

Debtor name      **Ed Map, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:18-bk-55889**

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 18, 2018**          X **/s/ Gregory P Smith**
                                              Signature of individual signing on behalf of debtor

                                              **Gregory P Smith**
                                              Printed name

                                              **Chief Financial Officer**
                                              Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 18-55889 |
| | : | |
| Ed Map, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Hoffman |

**GENERAL NOTES**

On September 17, 2018 (the "Petition Date"), Ed Map, Inc., Debtor and Debtor in Possession (the "Debtor") filed its voluntary petition in the United States Bankruptcy Court, Southern District of Ohio, Eastern Division, at Columbus, Ohio (the "Court").

The Schedules of Assets and Liabilities (the "Schedules"), and the Statement of Financial Affairs, (the "Statement"), of the Debtor have been prepared pursuant to Section 521 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532, (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor with the assistance of its advisors and are unaudited. While the Debtor has made reasonable efforts to ensure that the Statement and Schedules are accurate and complete based on information that was available to the Debtor at the time of preparation, subsequent information or discovery may result in material changes to the Statement and Schedules, and inadvertent information that are subject to further review and potential adjustment. Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights or admission with respect to this chapter 11 case including, but not limited to, any issues involving equitable subordination and/or causes of action arising under Bankruptcy Code Chapter 5 and/or any other applicable non-bankruptcy laws or rules. It should be noted that the information in the Statement regarding income is based upon the records available to the Debtor. Other records may be in the possession of third parties that would supplement the information listed.

**Amendment.** The Debtor reserves all rights to amend, supplement, or otherwise modify the Statement and/or the Schedules as is necessary or appropriate.

**Basis of Presentation.** Given the uncertainty surrounding the collection, valuation and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Causes of Action.** The Debtor, despite best reasonable efforts, may not have identified and/or set forth all of its causes of action, (actual or potential), against third parties as assets in the Schedules and the Statement. The Debtor reserves the right to assert any causes of action it may

have.  Nothing in these General Notes, the Statement or the Schedules shall be deemed a waiver of any such rights, claims, causes of action or remedies.

**Claims Description.**  Any failure to designate a claim on the Schedules or in the Statement as "disputed," "contingent," or "unliquidated," does not constitute an admission by the Debtor that such amount is not "disputed," "contingent,:" or "unliquidated."  The Debtor reserves the right to dispute any claim reflected on the Schedules or the Statement on any grounds, including, but not limited to, amount, liability or classification, or otherwise modify the Statement and/or Schedules accordingly.

**Dates.**  Unless otherwise indicated, all information is as of the Petition Date.  The claims listed in the Schedules arose or were incurred on various dates.  The Debtor does not list a specific date or occurrence for each and every claim.

**Excluded Assets and Liabilities.**  The Debtor may have, unintentionally, excluded certain immaterial assets and liabilities.

**Insiders.**      Expect as may be otherwise indicated in the Statement or Schedules, the Debtor has included all payments made during the one-year period preceding the Petition Date to any person deemed an "insider," as that term is defined in Bankruptcy Code Section 101(31).  Persons listed as "insiders" have been included for information purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such person, or (c) whether such person could successfully argue that he or it is not an "insider" under applicable law.  The Debtor may have made certain payments to affiliates of insiders, and those payments are reflected in the Debtor's books and records.

**Schedule D – Creditors Holding Secured Claims.**  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Court, the Debtor reserves the right to dispute or challenge the nature, extent, validity, or priority of any lien, claim or encumbrance set forth for any creditor listed on Schedule D or otherwise.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, validity or priority of any liens.  Nothing in the General Notes, the Schedules or the Statement shall be deemed a modification or interpretation of the terms of such agreements or related documents. The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.

**Schedule F – Creditors Holding Unsecured Nonpriority Claims.**  The claims listed on Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, determination of each date upon which claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor did not list a date for each claim listed on Schedule F.

Certain creditors may owe amounts to the Debtor and may have valid setoff or recoupment rights with respect to such amounts.  The Debtor has not reviewed the validity of any such setoff or recoupment rights and hereby reserves all rights to challenge such setoff or recoupment rights.

Schedule F may contain information regarding pending litigation involving the Debtor.  The amounts for those potential claims are listed as undetermined and, therefore, marked as contingent, unliquidated and disputed in the Schedules.

**<u>Schedule G – Executory Contracts and Unexpired Leases.</u>**  The business of the Debtor is complex.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusion may have occurred.  Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  Any and all of the Debtor's rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved.  Such documents may not be set forth in Schedule G.  The Debtor reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.

Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code or other applicable law with respect to any such omitted contracts, agreements or leases are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

**<u>Totals.</u>**  All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records as of the Petition Date, or as estimated with the assistance of counsel. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

**<u>NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN OR IN THE SCHEDULES OR STATEMENT, THE DEBTOR RESERVES THE RIGHT TO AMEND, SUPPLEMENT, OR OTHERWISE MODIFY THE SCHEDULES AND/OR STATEMENT AND TO DISPUTE THE NATURE, EXTENT, VALIDITY, OR PRIORITY OF ANY LIEN, CLAIM OR ENCUMBRANCE SET FORTH IN THE SCHEDULES AND/OR STATEMENT</u>**

**Fill in this information to identify the case:**

Debtor name   **Ed Map, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:18-bk-55889**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $     **15,003,488.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $     **15,003,488.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **3,900,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **11,180,740.75**

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b
   $     **15,080,740.75**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Ed Map, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:18-bk-55889**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **KeyBank** | **Operating** | 6257 | **$190,791.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.** | **$190,791.00** |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **SEE ATTACHED.** | **$25,464.00** |

9.      **Total of Part 2.** | **$25,464.00** |
Add lines 7 through 8. Copy the total to line 81.

| Debtor | **Ed Map, Inc.** | Case number *(If known)* | **2:18-bk-55889** |
|---|---|---|---|
| | Name | | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

11a. 90 days old or less:     **6,503,752.00**   -   **1,519.00**   =....     **$6,502,233.00**
                 face amount           doubtful or uncollectible accounts

11b. Over 90 days old:     **110,384.00**   -   **110,384.00**   =....     **$0.00**
                 face amount           doubtful or uncollectible accounts

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.       **$6,502,233.00**

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ed Map, Inc.** | Case number *(If known)* **2:18-bk-55889** |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| **Inventory used for resale is recorded at cost.  Semi-annual counts (partial inventory) are done.  Last one was perfromed on July 20, 2018.  The last physical inventory of 100% of the inventory was May 2015.  The value of the inventory is based on current cost.  A sale to Ed Map's client would result in a realized value that approximates the acdtual cost.  A liquidation to a third party would result in a realized value that is less than the carrying value.** | **July 20,2108** | **$3,860,000.00** | **Cost** | | **$3,860,000.00** |

23. **Total of Part 5.**  | **$3,860,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture, chairs, cubicles and general office furniture.** | **$60,000.00** | **NBV less dep.** | **$60,000.00** |

| Debtor | **Ed Map, Inc.** | | Case number *(If known)* **2:18-bk-55889** |
|---|---|---|---|
| | Name | | |

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|
| | **Leasehold improvements** | $18,000.00 | Estimated | $0.00 |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | **Computer hardware and software** | $408,000.00 | NBV less dep. | $408,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $468,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Warehouse eqeuipment and shelving units** | $12,000.00 | 25% of cost | $85,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $85,000.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4 |
|---|---|---|

| Debtor | **Ed Map, Inc.** | Case number *(if known)* **2:18-bk-55889** |
| --- | --- | --- |
| | Name | |

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trademarks -SEE ATTACHED** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites**<br>**EdMap.com and website -SEE ATTACHED** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer Contracts -SEE ATTACHED** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property**<br>**OPENVUE Software** | **$300,000.00** | **Estimate** | **Unknown** |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | **$0.00** |
| --- | --- | --- |
| | Add lines 60 through 65. Copy the total to line 89. | |

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 5 |
| --- | --- | --- |

| Debtor | **Ed Map, Inc.** | Case number *(If known)* **2:18-bk-55889** |
|---|---|---|
| | Name | |

| | | **Current value of debtor's interest** |
|---|---|---|

| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |

| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | **Nelsonville OH -2017 city refund -$5,521;** | | |
| | **Federal - NOL Carryforward: 2017 -$410,000; 2016 -** | Tax year **2016 -17** | **$575,000.00** |
| | **$165,000** | | |

| 73. | **Interests in insurance policies or annuities** | |
| | **SEE ANSWER TO QUESTION 8.** | |
| | **No Cash Value** | **$0.00** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **SEE STATEMENT OF FINANCIAL AFFAIRS, #7** | **$3,297,000.00** |
| | Nature of claim | **Collection** |
| | Amount requested | **$3,297,000.00** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|---|---|

| 78. | **Total of Part 11.** | |
| | Add lines 71 through 77. Copy the total to line 90. | **$3,872,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Ed Map, Inc.** | Case number *(If known)* **2:18-bk-55889** |
|---|---|---|
| | Name | |

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $190,791.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,464.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,502,233.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,860,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $468,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $85,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,872,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,003,488.00 | + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,003,488.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Form 206A/B**
**Part 2/Item 8**

Prepaid Insurance
Prepaid Rent

| Start Month | End Month | Total Amount Inv | Misc | Vendor | Desc | Balance @ 8/31/18 | Balance @ 9/17/18 | Balance @ 9/30/18 |
|---|---|---|---|---|---|---|---|---|
| 1-Feb-18 | 31-Jan-19 | $15,356 | annual | Willis of Ohio | Commercial Package | $6,398 | $5,759 | $5,119 |
| 1-Aug-18 | 31-Oct-18 | $7,651 | quarterly | Willis of Ohio | Executive Risk | $2,550 | $1,275 | $0 |
| 1-Aug-18 | 31-Oct-18 | $1,263 | quarterly | Willis of Ohio | Commercial Umbrella | $421 | $210 | $0 |
| 1-Feb-18 | 31-Jan-19 | $1,146 | annual | Willis of Ohio | Business Auto Policy | $478 | $430 | $382 |
| 18-Apr-18 | 18-Jun-18 | $19,543 | annual | C.N.A. | Prof Liab | $8,143 | $7,329 | $6,514 |
| | | | | | | $17,990 | $15,003 | $12,015 |
| 1-Sep-18 | 30-Sep-18 | 20,923.00 | monthly | AceNet | Office Rent | | $10,462 | |

TOTAL $25,464

**FORM 206 A/B**
**PART 10/ ITEMS 59-69**

Item 60    Patents, Copyrights, Trademarks and Trade Secrets.

Ed Map has three approved trademarks and one pending trademarks.
The approved trademarks are:  All in Model, OpenVue and Ed Map.
The pending trademark is for Curate by Ed Map.

None of the four trademarks are reflected as an asset on our balance
sheet; however, Ed Map feels that there is value to each of these
trademarks.

The Ed Map trademark we believe carrys value as a 15 year old entity
in the higher education marketplace, supplying content materials to the
for-profit and not-for-profit college space.

OpenVue is the name of Ed Map's proprietary software that allows
schools and Ed Map to manage their content materials and contracts
while integrating with the schools' ERP.  More so that the name
recognition of OpenVue, there is intellectual property value with
our OpenVue software (item #64)

All in Model is the tradename of Ed Map's service offering to its
client schools.  The All in Model is a service and pricing model that
allows Ed Map to serve as  "general contractor" for the schools in
their desire to consoldiate many vendors into a single point of contact.

Curate by Ed Map is our new service model in which Ed Map works with
the schools to obtain their key learning objectives for each class, and Ed
Map then matches content specific to those learning objectives.

Item 61    Internet domain names and websites.

Ed Map maintains domain names and websites; however, they are
not capitalized on the companies balance sheet.  Whereas Ed Map has
been in the education space for over a decade, one would assume that
there is value to the Ed Map name, domain name and website.

Item 63    Customer lists, mailing lists and other compliations

Ed Map has a book of customers that accounted for over $5.3MM of
gross margin for the year ending June 30, 2018.  Most of these clients
are on multi year auto renewal contracts.  The value of these contracts
at $.50 per gross margin earned would have been approximately $2.6MM
as of June 2018.

Item 64    Other intangibles and intellectual property

Ed Map's OpenVue software has been a valuable asset as determined by the
national player in the education space (that entered into a LOI with Ed Map,
and was to sign an APA with Ed Map).  While going to the marketplace, all
potential acquirers have placed high value in Ed Map's OpenVue software.
In accordance with GAAP, Ed Map has capitalized certain development costs
associated with OpenVue.  Over the past three years, Ed Map has capitalized
approximately $350,000 relating to the development of OpenVue.  Ed Map
estimates that for a strategic buyer the value of the OpenVue software is
somewhere between $500,000and $1,500,000.

| Fill in this information to identify the case: |
|---|

Debtor name    **Ed Map, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:18-bk-55889**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **KeyBank National Association**<br>Creditor's Name<br><br>**Attn: Legal Department<br>127 Public Square<br>Cleveland, OH 44114**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**90 days or less: 9,000,000**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,900,000.00**     **$9,000,000.00** |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,900,000.00** |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ed Map, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | **2:18-bk-55889** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Andrea Thogmartin**<br>**58 Madison Ave.**<br>**Athens, OH 45701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Bethany Ungar**<br>**531 Richland Ave.**<br>**Athens, OH 45701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          26822          Best Case Bankruptcy

| Debtor | Ed Map, Inc. | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandee Glenn**
**5645 State Rte. 78**
**Buchtel, OH 45716**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition**
**wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandy Haye**
**40 Terrace St.**
**Nelsonville, OH 45764**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition**
**wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Erin Carter**
**188 Longview Heights Rd.**
**Athens, OH 45701**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition**
**wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Eszter Major-Rohrer**
**9188 Hooper Rd.**
**Athens, OH 45701**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition**
**wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Ed Map, Inc. | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gregory Smith**
**2303 Abington Rd.**
**Columbus, OH 43221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Heidi Cassteel**
**16299 6th St.**
**Millfield, OH 45761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Heidi Wilhelm**
**18 Coventry Ln.**
**Athens, OH 45701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessie Harmon**
**124 Lamar Dr.**
**Athens, OH 45701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Ed Map, Inc. | | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joshua Eskey**
**9103 Five Points Rd.**
**Athens, OH 45701**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joshua Thompson**
**3408 Pinegrove Pl.**
**Champaign, IL 61822**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kenneth Rutter**
**647 High St.**
**Nelsonville, OH 45764**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kerry Pigman**
**6 Canterbury Dr.**
**Athens, OH 45701**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Ed Map, Inc. | | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kristopher Weisenbach**
**7506 Luhrig Rd.**
**Athens, OH 45701**

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lillian Dodd**
**38 East Third Sst.**
**The Plains, OH 45780**

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Loretta Kyle**
**5210 W. Second St.**
**Logan, OH 43138**

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lori Rife**
**P O Box 58**
**17414 Second St.**
**Buchtel, OH 45716**

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Mark Christensen**<br>**194 Little Sunappee Rd.**<br>**New London, NH 03257** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition**<br>**wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Matt Van Nostran**<br>**3545 Ladd Ridge Rd.**<br>**Athens, OH 45701** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition**<br>**wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Matthew Henry**<br>**14620 State Rte. 278 NE**<br>**Nelsonville, OH 45764** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition**<br>**wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Matthew Williams**<br>**11 Westfield Pl.**<br>**Athens, OH 45701** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition**<br>**wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Ed Map, Inc.** | | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

| **Megan Dillon** |
|---|
| **5290 Fisher Rd.** |
| **P O Box 5802** |
| **Athens, OH 45701** |

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

| **Melinda Brooks** |
|---|
| **1000 E. Canal St., G3** |
| ` |
| **Nelsonville, OH 45764** |

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

| **Melissa Bond** |
|---|
| **17556 Fork St.** |
| **P O Box 74** |
| **Buchtel, OH 45716** |

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

| **Michael Mark** |
|---|
| **11085 Northpoint Dr.** |
| **Athens, OH 45701** |

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition wages paid per court order** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | Ed Map, Inc. | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Roberta Washburn**
**65 Lottridge Rd.**
**Coolville, OH 45723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sandra Patacca**
**P O Box 69**
**The Plains, OH 45780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sarah Riddlebarger**
**80 Briarwood Dr.**
**Athens, OH 45701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shawn Nunnally**
**13677 Wesley Dr.**
**Logan, OH 43138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Stacie Rainey**<br>**179 W. Washington St.**<br>**Nelsonville, OH 45764** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition**<br>**wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Steven Maxwell**<br>**P O Box 74**<br>**Buchtel, OH 45716** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition**<br>**wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Terra Balch**<br>**14695 Cullison Rd.**<br>**Nelsonville, OH 45764** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition**<br>**wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Todd Thompson**<br>**37592 Chase Run Rd.**<br>**Albany, OH 45710** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Salary and Benefits.  Pre-petition**<br>**wages paid per court order** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Ed Map, Inc. | | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tracey Deal**
**905 Connett Rd.**
**Nelsonville, OH 45764**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tracy Kitts**
**27 South May Ave.**
**Athens, OH 45701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Travis Robinson**
**98 N. Lancaster St.**
**Athens, OH 45701**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ty Crabtree**
**36 Poston Rd., Apt. 16**
**The Plains, OH 45780**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Salary and Benefits.  Pre-petition wages paid per court order**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

   **3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|--------|--------------|------------------------|---------------|
|        | Name         |                        |               |

|  |  | **Amount of claim** |
|--|--|---------------------|

**3.1** | Nonpriority creditor's name and mailing address

**A Book Company, LLC**
**2373 Palumbo Dr.**
**Lexington, KY 40509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,726.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**ABC CLIO**
**130 Cremons Dr**
**Santa Barbara, CA 93116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,198.36**

---

**3.3** | Nonpriority creditor's name and mailing address

**Acenet**
**94 Columbus Rd.**
**Athens, OH 45701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unexpired Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**AHIMA**
**233 N Michigan Ave., 21st Floor**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,480.55**

---

**3.5** | Nonpriority creditor's name and mailing address

**AHIMA - Herzing**
**233 N Michigan Ave., 21st Floor**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,572.95**

---

**3.6** | Nonpriority creditor's name and mailing address

**AlphaGraphics**
**215 South State St., Ste. 320**
**Salt Lake City, UT 84111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$919.49**

---

**3.7** | Nonpriority creditor's name and mailing address

**American Medical Association**
**330 N Wabash Ave., Ste 39300**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$144,300.00**

---

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $792.00 |
|---|---|---|---|

**American Occupational Therapy Assoc.**
4720 Montgomery Lane, Suite 200
Bethesda, MD 20814

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Public University System**
111 West Congress St.
Charles Town, WV 25414

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Executory Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559.10 |
|---|---|---|---|

**American School Counselor Association**
1101 King St., #310
Alexandria, VA 22314-2944

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,402.80 |
|---|---|---|---|

**American Society of Civil Engineers**
1801 Alexander Bell Dr.
Reston, VA 20191

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**Armond Dalton**
2867 Jolly Rd.
Okemos, MI 48864-3547

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,930.00 |
|---|---|---|---|

**Association of Golf Merchandisers**
P O Box 7247
Phoenix, AZ 85011

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bridgepoint Education, Inc.**
8620 Spectrum Center Blvd.
San Diego, CA 92123

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Executory contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ed Map, Inc. | | Case number (if known) | 2:18-bk-55889 |
|--------|--------------|---|------------------------|---------------|
| | Name | | | |

---

**3.15** Nonpriority creditor's name and mailing address

**Brill USA**
143 West St.
New Milford, CT 06776

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Capella Education Co.**
225 South Sixth St., 9th Fl.
Minneapolis, MN 55402

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Executory Contract__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

**Career Connections**
507 Richland Ave., #107
Athens, OH 45701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,124.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Cengage Learning**
10650 Toebben Dr
Independence, KY 41051

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$140,647.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Channing Bete Company, Inc.**
One Community Place
South Deerfield, MA 01373

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,178.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Columbia College**
1001 Rogers St.
Columbia, MO 65216

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Executory Contract__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

**Comcourse**
1101 Pacific Ave., Ste. 250
Santa Cruz, CA 95060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Executory Contract__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,487.00 |
|---|---|---|---|

**Creative Packaging**
**1781 Kemper Ct.**
**Zanesville, OH 43701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $751.75 |
|---|---|---|---|

**D & H**
**2525 N 7th Street**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,962.84 |
|---|---|---|---|

**Dawn Sign Press**
**6130 Nany Ridge Dr.**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,533.84 |
|---|---|---|---|

**Degraffics**
**1515 W. Deer Valley Rd., Ste. C101**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Education Corporation of America**
**3660 Grandview Pkwy, Ste. 300**
**Birmingham, AL 35243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Executory Contract

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,001,701.00 |
|---|---|---|---|

**Elvsevier Science**
**321 Riverport Ln**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191,054.89 |
|---|---|---|---|

**EMC Paradigm Publishing**
**9004 Solution Center**
**Chicago, IL 60677-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

---

**3.29**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **EScience Labs** | ☐ Contingent |
| **1500 W. Hampden Ave., Bldg. 2** | ☐ Unliquidated |
| **Sheridan, CO 80110** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** ___Trade debt___ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$174,458.75**

---

**3.30**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **FA Davis - Herzing** | ☐ Contingent |
| **1915 Arch St.** | ☐ Unliquidated |
| **Philadelphia, PA 19103** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$6,523.90**

---

**3.31**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **FA Davis Company** | ☐ Contingent |
| **1915 Arch St.** | ☐ Unliquidated |
| **Philadelphia, PA 19103** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$8,714.48**

---

**3.32**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Geostar Communications** | ☐ Contingent |
| **3593 Medina Rd.** | ☐ Unliquidated |
| **Medina, OH 44256** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$7,536.14**

---

**3.33**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Gleim Publications** | ☐ Contingent |
| **P O Box 12848** | ☐ Unliquidated |
| **University Station** | ☐ Disputed |
| **Gainesville, FL 32604** | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$2,992.00**

---

**3.34**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **GLO-BUS Software** | ☐ Contingent |
| **5710 Watermelon Rd., #200** | ☐ Unliquidated |
| **Northport, AL 35473** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$3,910.65**

---

**3.35**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Hachette Book Group** | ☐ Contingent |
| **237 Park Ave** | ☐ Unliquidated |
| **New York, NY 10017** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$3,772.38**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Harper Collins Publishers**
**53 Glenmaura National Blvd., #300**
**Moosic, PA 18507-2132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,310.33**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Health Administration Press**
**1 North Franklin, Ste. 1700**
**Chicago, IL 60606-3529**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,299.10**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Herzing, Inc.**
**525 North 6th St.**
**Milwaukee, WI 53203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Executory Contract

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Hodges University**
**2655 Northbrooke Dr.**
**Naples, FL 34119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Executory Contract

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Hondros College School of Nursing**
**4140 Executive Pkwy**
**Westerville, OH 43081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Executory Contract

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Hopkins Fulfillment Service**
**1101 E 33rd St., Ste. D200**
**Baltimore, MD 21218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$822.57**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Human Kinetics**
**1607 N Market St.,**
**Champaign, IL 61820-5076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,790.17**

---

| Debtor | Ed Map, Inc. | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,113.21** |
|---|---|---|---|

**Independent Publishers Group**
**814 N Franklin St.**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,666.41** |
|---|---|---|---|

**Ingram Book Company**
**One Ingram Blvd.**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,792.75** |
|---|---|---|---|

**Interpretive Software**
**1421 Sachem Place, #2**
**Charlottesville, VA 22901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,330.42** |
|---|---|---|---|

**JA Majors**
**P O Box 277938**
**Atlanta, GA 30384-7938**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Jerome M. Sattler Publisher**
**7400 El Cajon Blvd., #204**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00** |
|---|---|---|---|

**Jessica C. Hagman**
**9303 Bassett Rd.**
**Athens, OH 45701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,739.00** |
|---|---|---|---|

**John Wiley & Sons**
**One Wiley Dr**
**Somerset, NJ 08875**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

---

**3.50** Nonpriority creditor's name and mailing address

**Jones & Bartlett**
40 Tall Pine Dr.
Sudbury, MA 01776

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,410.44**

---

**3.51** Nonpriority creditor's name and mailing address

**Jones & Bartlett - APUS**
40 Tall Pine Dr.
Sudbury, MA 01776

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,345.26**

---

**3.52** Nonpriority creditor's name and mailing address

**Jones & Bartlett - Bridgepoint**
40 Tall Pine Dr.
Sudbury, MA 01776

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,045.36**

---

**3.53** Nonpriority creditor's name and mailing address

**Kathy Schwalbe, LLC**
1465 Basswood Rd.
South Haven, MN 55382

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,164.00**

---

**3.54** Nonpriority creditor's name and mailing address

**Kendall-Hunt Publishing**
4050 Westmark Dr.
Dubuque, IA 52004

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$14,407.20**

---

**3.55** Nonpriority creditor's name and mailing address

**Lad Custom Publishing, Inc.**
5212 Belle Wood Ct., #206
Buford, GA 30518

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,840.96**

---

**3.56** Nonpriority creditor's name and mailing address

**Lightening Source - Capella**
1246 Heil Quaker Blvd.
La Vergne, TN 37086

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,432.08**

---

| Debtor | Ed Map, Inc. | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,268.95** |
|---|---|---|---|

**Lightening Source -Bridgepoint**
**1246 Heil Quaker Blvd.**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,914.49** |
|---|---|---|---|

**Lippincott - ECA**
**16522 Hunters Green Pkwy**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,803.39** |
|---|---|---|---|

**Lippincott Williams & Wilkins**
**16522 Hunters Green Pkwy**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Los Angeles Film School**
**6363  Sunset Blvd.**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Executory Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,086.00** |
|---|---|---|---|

**McGraw Hill**
**P O Box 2258**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,878.16** |
|---|---|---|---|

**Medmasters, Inc.**
**3337 Hollywood Oaks Dr.**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172,500.00** |
|---|---|---|---|

**MEDTRAK**
**1847 Ruddiman Dr.**
**North Muskegon, MI 49445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Mind Garden, Inc.**
**707 Menlo Ave., #120**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,782.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**MPS (formerly VHPS)**
**16365 James Madison Hwy**
**Gordonsville, VA 22942**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$20,964.87**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**MyEducator, LLC**
**250 W. 540 N**
**Orem, UT 84057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,736.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**NASCORP**
**27503 Network Pl.**
**Chicago, IL 60673-1275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,001.15**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**NASW Press**
**P O Box 116400**
**Atlanta, GA 30368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,271.76**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Nat'l Assoc for the Educ of Young Child**
**1313 L St., NW, Ste 500**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$918.50**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**National Healthcareer Assoc.**
**62270 Collection Center Dr.**
**Chicago, IL 60693-0622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$592.00**

---

| Debtor | Ed Map, Inc. | | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,420.00** |
|---|---|---|---|

**National Instruments**
P O B11500 N Mopac Expressway, Bldg. A
Austin, TX 78759

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Norwich University College of Grad**
158 Harmon Dr.
Northfield, VT 05663

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Executory Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,460.16** |
|---|---|---|---|

**Oxford University Press**
2001 Evans Rd.
Cary, NC 27513

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,579.63** |
|---|---|---|---|

**PC Connection**
730 Milford Rd.
Merrimack, NH 03054

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00** |
|---|---|---|---|

**Pearson Education**
200 Old Tappan Rd
Westwood, NJ 07675

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,956.49** |
|---|---|---|---|

**Penguin Random House**
400 Hahn Road
Westminster, MD 21157

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,608.00** |
|---|---|---|---|

**Peregrine Academic Services**
801 East 4th St., #2
Gillette, WY 82716

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ed Map, Inc. | Case number *(if known)* | **2:18-bk-55889** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,697.24** |
|---|---|---|---|

**Reitler Kailas & Rosenblatt, LLC**
**885 Third Ave., 20th Floor**
**New York, NY 10022-4834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,125.82** |
|---|---|---|---|

**RingCentral**
**20 Davis Dr.**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.89** |
|---|---|---|---|

**Sage - Congressional Quarterly**
**dba Congressional Quarterly**
**2455 Teller Rd.**
**Thousand Oaks, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.92** |
|---|---|---|---|

**Sage Publications**
**2455 Teller Rd.**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$696.15** |
|---|---|---|---|

**Sage Publications - Capella**
**2455 Teller Rd.**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,564.00** |
|---|---|---|---|

**Scorebuilders**
**P O Box 7242**
**Scarborough, ME 04070-7242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,351.00** |
|---|---|---|---|

**Shadow Health, Inc.**
**201 SE 2nd Ave.**
**Gainesville, FL 32601-6239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ed Map, Inc. | | Case number (if known) | **2:18-bk-55889** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,905.00** |
|---|---|---|---|

**SHRM Distribution Center**
**2975 Lone Oak Dr.**
**Eagen, MN 55121-1553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,580.87** |
|---|---|---|---|

**Simon & Schuster Trade Paperbacks**
**1230 Avenue of the Americas**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,359.11** |
|---|---|---|---|

**Slack, Inc.**
**Professional Book Division**
**6900 Grove Rd.**
**Thorofare, NJ 08086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,850.68** |
|---|---|---|---|

**Springer - Verlag**
**333 Meadowlands Pkwy**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,332.00** |
|---|---|---|---|

**Springer Publishing Comopany**
**11 W. 42nd St., 15th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stratford University**
**3201 Jermantown Rd., Ste. 500**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Executory Contract__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,104.08** |
|---|---|---|---|

**Taylor & Francis**
**5000 Broken Sound Pkwy NW, Ste 300**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,482.00** |
|---|---|---|---|
| | **Test Out Corporation** | ☐ Contingent | |
| | **50 South Main St.** | ☐ Unliquidated | |
| | **Pleasant Grove, UT 84062** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,334.00** |
|---|---|---|---|
| | **TherapyEd Int'l Edu. Resources** | ☐ Contingent | |
| | **500 Davis St., #512** | ☐ Unliquidated | |
| | **Evanston, IL 60201** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,605.00** |
|---|---|---|---|
| | **TIE Kinetix** | ☐ Contingent | |
| | **3 Highwood Dr., #101-E** | ☐ Unliquidated | |
| | **Tewksbury, MA 01876** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00** |
|---|---|---|---|
| | **TRAZ Capital Partners, LLC** | ☐ Contingent | |
| | **60 Riverside Dr.** | ☐ Unliquidated | |
| | **New York, NY 10024** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$960.40** |
|---|---|---|---|
| | **TriLiteral, LLC** | ☐ Contingent | |
| | **100 Maple Ridge Rd.** | ☐ Unliquidated | |
| | **Cumberland, RI 02864** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,203.00** |
|---|---|---|---|
| | **University of Chicago Press** | ☐ Contingent | |
| | **11030 South Langley Ave.** | ☐ Unliquidated | |
| | **Chicago, IL 60628** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$986.83** |
|---|---|---|---|
| | **UPS Freight - ECA** | ☐ Contingent | |
| | **28013 Network Pl.** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1280** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

---

**3.99**

**Nonpriority creditor's name and mailing address**

**UPS Mail Innovations**
**28013 Network Pl.**
**Chicago, IL 60673-1280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$772.11

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Vernier Software & Technology, LLC**
**13979 SW Millikan Way**
**Beaverton, OR 97005-2886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,512.50

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Viginia College, LLC**
**3860 Grandview Pkwy, Ste. 300**
**Birmingham, AL 35242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Executory Contract_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.102**

**Nonpriority creditor's name and mailing address**

**VitalSource**
**Attn Legal Department**
**227 Fayetteville Street, Suite 400**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No  ☐ Yes

$7,219,190.75

---

**3.103**

**Nonpriority creditor's name and mailing address**

**W. W. Norton & Company**
**800 Keystone Industrial Park**
**Dunmore, PA 18512-0350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$13,824.74

---

**3.104**

**Nonpriority creditor's name and mailing address**

**West Academic**
**444 Cedar St., #700**
**Saint Paul, MN 55101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,260.38

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Xerox**
**PO Box 660501**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Executory Contract_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

---

| Debtor | Ed Map, Inc. | Case number (if known) | 2:18-bk-55889 |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **EMC Paradigm Publishing**<br>**875 Montreal Way**<br>**Saint Paul, MN 55102** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Harper Collins Publishers**<br>**195 Broadway**<br>**New York, NY 10007** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Kathy Schwalbe, LLC**<br>**6635 Country Road 101**<br>**Hamel, MN 55340** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **National Healthcareer Assoc.**<br>**11161 Overbrook Rd.**<br>**Leawood, KS 66211** | Line **3.70**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Peregrine Academic Services**<br>**8P O Box 741**<br>**Gillette, WY 82717** | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Thomas Beckett, VP Legal Affairs**<br>**American Public University System**<br>**111 West Congress St.**<br>**Charles Town, WV 25414** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **VitalSource**<br>**14 Ingram Blvd.**<br>**La Vergne, TN 37086** | Line **3.102**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 11,180,740.75 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,180,740.75 |

**Fill in this information to identify the case:**

Debtor name          **Ed Map, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:18-bk-55889**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
       (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest       **Real Estate Lease. Monthly payment: $18,749** | |
| State the term remaining       **April 2019** | **Acenet** |
| List the contract number of any government contract | **94 Columbus Rd. Athens, OH 45701** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest       **Textbook Services Agreement** | |
| State the term remaining | **American Public University System** |
| List the contract number of any government contract | **111 West Congress St. Charles Town, WV 25414** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest       **Textbook Services Agreement** | |
| State the term remaining | **Bridgepoint Education, Inc.** |
| List the contract number of any government contract | **8620 Spectrum Center Blvd. San Diego, CA 92123** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest       **Textbook Services Agreement** | |
| State the term remaining | **Capella Education Co.** |
| List the contract number of any government contract | **225 South Sixth St., 9th Fl. Minneapolis, MN 55402** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor 1 | **Ed Map, Inc.** | | | Case number (*if known*) | **2:18-bk-55889** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Columbia College** |
| | List the contract number of any government contract | | **1001 Rogers St. Columbia, MO 65216** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Comcourse** |
| | List the contract number of any government contract | | **1101 Pacific Ave., Ste. 250 Santa Cruz, CA 95060** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Education Corporation of America** |
| | List the contract number of any government contract | | **3660 Grandview Pkwy, Ste. 300 Birmingham, AL 35243** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Herzing, Inc.** |
| | List the contract number of any government contract | | **525 North 6th St. Milwaukee, WI 53203** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hodges University** |
| | List the contract number of any government contract | | **2655 Northbrooke Dr. Naples, FL 34119** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hondros College School of Nursing** |
| | List the contract number of any | | **4140 Executive Pkwy Westerville, OH 43081** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Ed Map, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **2:18-bk-55889**

---

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Los Angeles Film School** |
| | List the contract number of any government contract | | **6363  Sunset Blvd.** |
| | | | **Los Angeles, CA 90028** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Norwich University College of Grad** |
| | List the contract number of any government contract | | **158 Harmon Dr.** |
| | | | **Northfield, VT 05663** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stratford University** |
| | List the contract number of any government contract | | **3201 Jermantown Rd., Ste. 500** |
| | | | **Fairfax, VA 22030** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Textbook Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Viginia College, LLC** |
| | List the contract number of any government contract | | **3860 Grandview Pkwy, Ste. 300** |
| | | | **Birmingham, AL 35242** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease.  Monthly payment:  $240.00** | |
|---|---|---|---|
| | State the term remaining | **2021** | |
| | List the contract number of any government contract | | **Xerox** |
| | | | **PO Box 660501** |
| | | | **Dallas, TX 75266** |

**Fill in this information to identify the case:**

Debtor name          **Ed Map, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:18-bk-55889**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |

**2.1** 

Street

City          State          Zip Code

☐ D
☐ E/F
☐ G

**2.2**

Street

City          State          Zip Code

☐ D
☐ E/F
☐ G

**2.3**

Street

City          State          Zip Code

☐ D
☐ E/F
☐ G

**2.4**

Street

City          State          Zip Code

☐ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name    **Ed Map, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:18-bk-55889**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **7/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,413,941.00** |
| **For prior year:**<br>From **7/01/2017** to **6/30/2018** | ■ Operating a business<br>☐ Other _____ | **$38,187,000.00** |
| **For year before that:**<br>From **7/01/2016** to **6/30/2017** | ■ Operating a business<br>☐ Other _____ | **$57,030,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Ed Map, Inc.**                                                                    Case number *(if known)*    **2:18-bk-55889**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **SEE ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS** | | **$5,965,354.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **NONE OTHER THAN SALARY SEE QUESTION 30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **SEE DESCRIPTION** | **Debtor, in the normal course of buseinss, purchase print books for resale to its customers.  These books are sold to its clients for the benefit of each client's students.  It is standard procedure to ship books to the clients and for the clients to retunr those books if (1) the client over-ordered or (2) the studnets dropped the  class associated with the boos sold.  In the ordinary course of business, Ed Map returns these books to the the publisher for a full credit.** | **Various** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Ed Map, Inc.**

Case number *(if known)*   **2:18-bk-55889**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Ed Map, Inc v Delta Career Education Corporation, et al**<br>**18CV002305** | **Collection** | **Franklin County Common Pleas Court**<br>**345 S High St**<br>**Columbus, OH 43215** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ed Map, Inc v Educational Management Corp. dba Harrison College and The Chef's Academy**<br>**18-975** | **Collection** | **US District Court, S D. OH**<br>**85 Marconi Blvd.**<br>**Columbus, OH 43215** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Stuart Opera House**<br>**52 Public Square**<br>**Nelsonville, OH 45764** | **Contributions** | **7-7-2017** | **$7,500.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **Athens Foundation**<br>**2 S. Court St.**<br>**Athens, OH 45701** | **Contribution** | **12-13-2016** | **$6,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

---

Debtor  **Ed Map, Inc.**                                                    Case number (*if known*)  **2:18-bk-55889**

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Ed Map, Inc. | Case number *(if known)* | 2:18-bk-55889 |

■ **Yes. Fill in below:**

| Name of plan | Employer identification number of the plan |
| **Ed Map 401(k) Plan** | EIN: **20-0329090** |

Has the plan been terminated?

■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

| Debtor | Ed Map, Inc. | Case number *(if known)* | 2:18-bk-55889 |
|---|---|---|---|

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **GBQ Partners, LLC**<br>**230 West St., Ste 700**<br>**Columbus, OH 43215** | **2009 to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Debtor**<br>**296 Harper Street**<br>**Nelsonville, OH 45764** | |

| Debtor | Ed Map, Inc. | Case number *(if known)* | **2:18-bk-55889** |
|---|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. **KeyBank National Association**
**Attn: Legal Department**
**127 Public Square**
**Cleveland, OH 44114**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Roberta Washburn and Jessie Harmon** | | **4,000,000.  Cost.** |
| | | **Inventory is cycle counted twice per year by the warehouse staff.  The warehouse manager, Jessie HArmon, reviews and monitors the county. Items needing adjustments that are over/under $500 or over/under a quantiy of five, have additional approval and research before adjustment is completed.  The inventory team, separate form the warehouse team, then makes any adjustment within the system.** |
| | **July 20, 2018** | |

| Name and address of the person who has possession of inventory records |
|---|

**Debtor**
**Attn: Gregory P Smith & Roberta Washburn**
**296 Harper Street**
**Nelsonville, OH 45764**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **SEE ATTACHED** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor    **Ed Map, Inc.**                                                      Case number *(if known)*    **2:18-bk-55889**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Shannon Meadows** | **203 Flamingo Road, #211<br>Mill Valley, CA 94941** | **Chief Revenue Officer** | **8/2016 to 10/2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Ed Map, Inc.** | Case number *(if known)* | **2:18-bk-55889** |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 18, 2018**

**/s/ Gregory P Smith**                                    **Gregory P Smith**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

*Form 207*
*Part 2/Item 4*
*Part 13/Item 30*

Pigman, K
6 Canterbury Dr,
Athens, OH 45701

| Date | Cell | Salary | Healthcare | 401K Match |
|---|---|---|---|---|
| 6-Sep-18 | | $7,692 | $639 | $269 |
| 1-Sep-18 | $90 | | | |
| 23-Aug-18 | | $7,692 | $639 | $269 |
| 9-Aug-18 | | $7,692 | $639 | $269 |
| 1-Aug-18 | $90 | | | |
| 26-Jul-18 | | $7,692 | $639 | $269 |
| 12-Jul-18 | | $7,692 | $639 | $202 |
| 1-Jul-18 | $90 | | | |
| 28-Jun-18 | | $5,769 | $639 | $269 |
| 14-Jun-18 | | $5,769 | $639 | $202 |
| 1-Jun-18 | $90 | | | |
| 31-May-18 | | $5,769 | $639 | $202 |
| 17-May-18 | | $5,769 | $639 | $202 |
| 3-May-18 | | $5,769 | $639 | $202 |
| 1-May-18 | $90 | | | |
| 19-Apr-18 | | $5,769 | $639 | $202 |
| 5-Apr-18 | | $5,769 | $639 | $202 |
| 1-Apr-18 | $90 | | | |
| 22-Mar-18 | | $5,769 | $594 | $202 |
| 8-Mar-18 | | $7,692 | $594 | $202 |
| 1-Mar-18 | $90 | | | |
| 22-Feb-18 | | $7,692 | $594 | $269 |
| 8-Feb-18 | | $7,692 | $594 | $269 |
| 1-Feb-18 | $90 | | | |
| 25-Jan-18 | | $7,692 | $594 | $269 |
| 11-Jan-18 | | $7,692 | $594 | $269 |
| 1-Jan-18 | $90 | | | |
| 28-Dec-17 | | $7,692 | $594 | $269 |
| 14-Dec-17 | | $7,692 | $594 | $269 |
| 1-Dec-17 | $90 | | | |
| 30-Nov-17 | | $7,692 | $594 | $269 |
| 16-Nov-17 | | $7,692 | $594 | $269 |
| 2-Nov-17 | | $7,692 | $594 | $269 |
| 1-Nov-17 | $90 | | | |
| 19-Oct-17 | | $7,692 | $594 | $269 |
| 5-Oct-17 | | $7,692 | $594 | $269 |
| 1-Oct-17 | $90 | | | |
| 21-Sep-17 | | $7,692 | $594 | $269 |

*Form 207*
*Part 2/Item 4*
*Part 13/Item 30*

| Smith, G 2303 Abington Rd, Upper Arlington, OH 43221 | Date | Cell | Salary | Healthcare | 401K Match |
|---|---|---|---|---|---|
| | 6-Sep-18 | | $7,692 | $642 | $269 |
| | 1-Sep-18 | $90 | | | |
| | 23-Aug-18 | | $7,692 | $642 | $269 |
| | 9-Aug-18 | | $7,692 | $642 | $269 |
| | 1-Aug-18 | $90 | | | |
| | 26-Jul-18 | | $7,692 | $642 | $269 |
| | 12-Jul-18 | | $7,692 | $642 | $269 |
| | 1-Jul-18 | $90 | | | |
| | 28-Jun-18 | | $7,692 | $642 | $269 |
| | 14-Jun-18 | | $7,692 | $642 | $269 |
| | 1-Jun-18 | $90 | | | |
| | 31-May-18 | | $7,692 | $642 | $269 |
| | 17-May-18 | | $7,692 | $642 | $269 |
| | 3-May-18 | | $7,692 | $642 | $269 |
| | 1-May-18 | $90 | | | |
| | 19-Apr-18 | | $7,692 | $642 | $217 |
| | 5-Apr-18 | | $7,692 | $642 | $269 |
| | 1-Apr-18 | $90 | | | |
| | 22-Mar-18 | | $7,692 | $594 | $269 |
| | 8-Mar-18 | | $7,692 | $594 | $269 |
| | 1-Mar-18 | $90 | | | |
| | 22-Feb-18 | | $7,692 | $594 | $269 |
| | 8-Feb-18 | | $7,692 | $594 | $269 |
| | 1-Feb-18 | $90 | | | |
| | 25-Jan-18 | | $7,692 | $594 | $269 |
| | 11-Jan-18 | | $7,692 | $594 | $269 |
| | 1-Jan-18 | $90 | | | |
| | 28-Dec-17 | | $7,692 | $594 | $269 |
| | 14-Dec-17 | | $7,692 | $594 | $269 |
| | 1-Dec-17 | $90 | | | |
| | 30-Nov-17 | | $7,692 | $594 | $269 |
| | 16-Nov-17 | | $7,692 | $594 | $269 |
| | 2-Nov-17 | | $7,692 | $594 | $269 |
| | 1-Nov-17 | $90 | | | |
| | 19-Oct-17 | | $7,692 | $594 | $269 |
| | 5-Oct-17 | | $7,692 | $594 | $269 |
| | 1-Oct-17 | $90 | | | |
| | 21-Sep-17 | | $7,692 | $594 | $269 |

Mark, M
11085 Northpoint Dr,
Athens, OH 45701

| Date | Cell | Salary | Healthcare | 401K Match |
|---|---|---|---|---|
| 6-Sep-18 | | $6,923 | $354 | $242 |
| 1-Sep-18 | $90 | | | |
| 23-Aug-18 | | $6,923 | $354 | $242 |
| 9-Aug-18 | | $6,923 | $354 | $242 |
| 1-Aug-18 | $90 | | | |
| 26-Jul-18 | | $6,923 | $354 | $242 |
| 12-Jul-18 | | $6,923 | $354 | $242 |
| 1-Jul-18 | $90 | | | |
| 28-Jun-18 | | $6,923 | $354 | $242 |
| 14-Jun-18 | | $6,923 | $354 | $242 |
| 1-Jun-18 | $90 | | | |
| 31-May-18 | | $6,923 | $354 | $242 |
| 17-May-18 | | $6,923 | $354 | $242 |
| 3-May-18 | | $6,923 | $354 | $242 |
| 1-May-18 | $90 | | | |
| 19-Apr-18 | | $6,923 | $354 | $242 |
| 5-Apr-18 | | $6,923 | $354 | $242 |
| 1-Apr-18 | $90 | | | |
| 22-Mar-18 | | $6,923 | $332 | $242 |
| 8-Mar-18 | | $6,923 | $332 | $242 |
| 1-Mar-18 | $90 | | | |
| 22-Feb-18 | | $6,923 | $332 | $242 |
| 8-Feb-18 | | $6,923 | $332 | $242 |
| 1-Feb-18 | $90 | | | |
| 25-Jan-18 | | $6,923 | $332 | $242 |
| 11-Jan-18 | | $6,923 | $332 | $242 |
| 1-Jan-18 | $90 | | | |
| 28-Dec-17 | | $6,923 | $332 | $242 |
| 14-Dec-17 | | $6,923 | $332 | $242 |
| 1-Dec-17 | $90 | | | |
| 30-Nov-17 | | $6,923 | $332 | $242 |
| 16-Nov-17 | | $6,923 | $332 | $242 |
| 2-Nov-17 | | $6,923 | $332 | $242 |
| 1-Nov-17 | $90 | | | |
| 19-Oct-17 | | $6,923 | $332 | $242 |
| 5-Oct-17 | | $6,923 | $332 | $242 |
| 1-Oct-17 | $90 | | | |
| 21-Sep-17 | | $6,923 | $332 | $242 |

**Riddlebarger, S**

| 80 Briarwood, Athens, OH 45701 | Date | Cell | Salary | Healthcare | 401K Match |
|---|---|---|---|---|---|
| | 6-Sep-18 | | $5,769 | $639 | $202 |
| | 1-Sep-18 | $65 | | | |
| | 23-Aug-18 | | $5,769 | $639 | $202 |
| | 9-Aug-18 | | $5,769 | $639 | $202 |
| | 1-Aug-18 | $65 | | | |
| | 26-Jul-18 | | $5,769 | $639 | $202 |
| | 12-Jul-18 | | $5,769 | $639 | $202 |
| | 1-Jul-18 | $65 | | | |
| | 28-Jun-18 | | $5,769 | $639 | $202 |
| | 14-Jun-18 | | $5,769 | $639 | $202 |
| | 1-Jun-18 | $65 | | | |
| | 31-May-18 | | $5,769 | $639 | $202 |
| | 17-May-18 | | $5,769 | $639 | $202 |
| | 3-May-18 | | $5,769 | $639 | $202 |
| | 1-May-18 | $65 | | | |
| | 19-Apr-18 | | $5,769 | $639 | $202 |
| | 5-Apr-18 | | $5,769 | $639 | $202 |
| | 1-Apr-18 | $65 | | | |
| | 22-Mar-18 | | $5,769 | $594 | $202 |
| | 8-Mar-18 | | $5,769 | $594 | $202 |
| | 1-Mar-18 | $65 | | | |
| | 22-Feb-18 | | $5,769 | $594 | $202 |
| | 8-Feb-18 | | $5,769 | $594 | $202 |
| | 1-Feb-18 | $65 | | | |
| | 25-Jan-18 | | $5,769 | $594 | $202 |
| | 11-Jan-18 | | $5,769 | $594 | $202 |
| | 1-Jan-18 | $65 | | | |
| | 28-Dec-17 | | $5,769 | $594 | $202 |
| | 14-Dec-17 | | $5,769 | $594 | $202 |
| | 1-Dec-17 | $65 | | | |
| | 30-Nov-17 | | $5,769 | $594 | $202 |
| | 16-Nov-17 | | $5,769 | $594 | $202 |
| | 2-Nov-17 | | $5,769 | $594 | $202 |
| | 1-Nov-17 | $65 | | | |
| | 19-Oct-17 | | $5,769 | $594 | $202 |
| | 5-Oct-17 | | $5,769 | $594 | $202 |
| | 1-Oct-17 | $65 | | | |
| | 21-Sep-17 | | $5,769 | $594 | $202 |

| Vendor Name | 19-Jun-18 | July 2018 | August 2018 | Sep-18 | Grand Total |
|---|---|---|---|---|---|
| A Book Company, LLC | 2,643.96 | 823.85 | 788.61 | | 4,256.42 |
| ABC CLIO | 1,404.60 | 374.40 | | | 1,779.00 |
| ACENET, INC. | | 20,812.64 | 18,937.47 | 20,922.63 | 60,672.74 |
| AHIMA | | 31,230.09 | 26,886.95 | 3,063.28 | 61,180.32 |
| AHIMA - Herzing | | 15,496.95 | 2,442.75 | 31,380.40 | 49,320.10 |
| AIR FORCE ONE, INC. | | 438.00 | | | 438.00 |
| ALBA HOUSE | | 6,216.00 | | | 6,216.00 |
| Alliance Entertainment | 473.00 | | | | 473.00 |
| Allied Electronics | | 43.89 | | 43.89 | 87.78 |
| ALL-STATE FIRE AND SECURITY | 96.25 | 96.25 | | 284.04 | 476.54 |
| AlphaGraphics | | 9,148.82 | | | 9,148.82 |
| AMAZON.COM | 4,389.47 | 6,920.53 | 2,138.50 | | 13,448.50 |
| AMERICAN EDUCATIONAL RESEARCH ASSOC | 13,766.16 | 8,953.60 | | | 22,719.76 |
| AMERICAN ELECTRIC POWER | | | 1,438.19 | | 1,438.19 |
| AMERICAN MEDICAL ASSOCIATION | | 2,053.18 | 954.36 | | 3,007.54 |
| AMERICAN NURSES ASSOCIATION | | 9,484.86 | | | 9,484.86 |
| AMERICAN OCCUPATIONAL THERAPY ASSOC. | 734.40 | | 1,310.40 | | 2,044.80 |
| AMERICAN PSYCHOLOGICAL ASSOCIATION | 3,732.65 | 6,392.84 | 733.95 | | 10,859.44 |
| American Public University System, Inc. | | | 4,392.06 | | 4,392.06 |
| AMERICAN SCHOOL COUNSELOR ASSOCIATION | 1,507.75 | | 3,512.75 | | 5,020.50 |
| AMERICAN WOOD COUNCIL | | | | 360.00 | 360.00 |
| Aperian Global, Inc. | | 14.00 | 14.00 | | 28.00 |
| Armond Dalton | | | | 2,100.00 | 2,100.00 |
| ARTECH HOUSE | | 190.40 | | | 190.40 |
| ASPEN PUBLISHERS | | 284.24 | | | 284.24 |
| ASSOCIATION FOR SUPERVISION & CURRICULUM | 32.34 | 47.91 | | 16.77 | 97.02 |
| Association of Golf Merchandisers (AGM) | | | 8,840.00 | | 8,840.00 |
| Association of Surgical Technologists | | 1,553.21 | | | 1,553.21 |
| AT&T (740 753-3661 989 3) | | 429.22 | 442.89 | 440.67 | 1,312.78 |
| AT&T (740 753-4461 062 9) | | 51.79 | 49.24 | 50.23 | 151.26 |
| AT&T (740 753-9348 444 7) | | 131.54 | 128.99 | 129.99 | 390.52 |
| ATI ALLIED HEALTH | | 881.00 | | | 881.00 |
| Avalara, Inc | | | 583.16 | | 583.16 |
| BARRON'S EDUCATIONAL, INC | | 9.94 | | 9.99 | 19.93 |
| Black Irish Books | | | | | - |
| BOOKS OF DISCOVERY | 1,105.40 | | 779.72 | 378.96 | 2,264.08 |
| BOWKER | | | | | |
| Bradley Drew Balduff | | 800.00 | | 400.00 | 1,200.00 |
| Brill USA | | 758.40 | | 220.00 | 978.40 |
| BROADMAN & HOLMAN (LIFEWAY) | | 22.49 | | | 22.49 |
| BVT PUBLISHING | 725.05 | 537.89 | | | 1,262.94 |
| CAMBRIDGE UNIVERSITY PRESS | | 2,300.15 | 78.55 | 371.30 | 2,750.00 |
| CAREER CONNECTIONS | 737.85 | | 1,675.77 | 5,701.04 | 8,114.66 |
| CARNEGIE SPEECH, LLC | | | 225.00 | | 225.00 |
| CAROLINA ACADEMIC PRESS | | 117.60 | | | 117.60 |
| Carolina Biological Supply Co. | | 24,826.20 | | | 24,826.20 |
| CCH INC. | | 119.20 | | 55.99 | 175.19 |
| CENGAGE - APUS | | 499.94 | 1,945.87 | | 2,445.81 |
| Cengage - Capella | 9,182.66 | 757.74 | 9,857.62 | 310.00 | 20,108.02 |
| CENGAGE - DELTA | | | | | |
| CENGAGE - HARRISON | 25,267.42 | 45,608.11 | 58.48 | | 70,934.01 |
| CENGAGE - HERZING | 33,462.17 | 18,468.93 | 20,452.26 | 2,192.80 | 74,576.16 |
| Cengage - Hodges | | 12,355.02 | 18,006.29 | 2,454.24 | 32,815.55 |
| CENGAGE - STRATFORD | | 3,444.54 | 1,567.91 | | 5,012.45 |
| CENGAGE - VIR | 32,489.19 | 88,261.91 | 54,824.44 | 19,884.15 | 195,459.69 |
| CENGAGE LEARNING | | 97,244.13 | 4,694.28 | 2,258.84 | 104,197.25 |
| Certification Partners | | 50.50 | | | 50.50 |
| CHANNING BETE COMPANY INC. | 14,278.08 | 14,784.98 | 4,881.94 | 27,806.57 | 61,751.57 |
| CHARLES C THOMAS PUBLISHER | | 114.28 | | | 114.28 |
| Cherese S McKnight | | | 600.00 | | 600.00 |
| Citrix Online, LLC | 214.91 | | | | 214.91 |
| CITY OF NELSONVILLE - WATER | | | 64.38 | 49.27 | 113.65 |
| CLEANING CREW | | | | | - |

| Vendor | | | | | Total |
|---|---|---|---|---|---|
| COLLEEN JENSEN | | | | | - |
| COLUMBIA GAS | | 120.32 | | 59.33 | 179.65 |
| CompManagement Inc. | | | 785.00 | | 785.00 |
| CORECTEC LLC | | | 2,100.00 | 210.00 | 2,310.00 |
| CORNELL UNIVERSITY PRESS | | 743.11 | | 317.37 | 1,060.48 |
| Corporate Cost Control, Inc. | | 1,750.00 | | | 1,750.00 |
| CPP, Inc. | | 191.06 | | | 191.06 |
| CREATIVE PACKAGING | 1,720.00 | 600.80 | | 1,911.00 | 4,231.80 |
| D&H | 932.87 | 1,854.78 | | 19,832.60 | 22,620.25 |
| Degraffics | | | 4,323.26 | | 4,323.26 |
| DOVER PUBLICATIONS | | | | 6.56 | 6.56 |
| EDUCATIONAL INSTITUTE OF AMERICAN HOTEL | | 12,497.04 | | | 12,497.04 |
| Educational Testing Service | 1,344.83 | 64.04 | | | 1,408.87 |
| EDWARD ELGAR PUBLISHING INC | 233.60 | | | | 233.60 |
| Elsevier - Herzing | 12,510.00 | 8,147.88 | 22,140.00 | | 42,797.88 |
| Elsevier - Virginia College | 80,859.93 | 216,748.87 | 195,895.76 | 107,865.63 | 601,370.19 |
| ELSEVIER SCIENCE | 1,676.76 | 63.16 | 2,515.35 | | 4,255.27 |
| ELSEVIER SCIENCE - HARRISON | 5,140.70 | | | | 5,140.70 |
| EMC PARADIGM PUBLISHING | 11,977.75 | 46,137.43 | 90,079.09 | | 148,194.27 |
| EPICOR | 24,836.40 | | 7,566.39 | 24,836.40 | 57,239.19 |
| ERIN CARTER | | 65.00 | 1,114.11 | 65.00 | 1,244.11 |
| ESCIENCE LABS | 18,239.55 | 127,524.55 | 164,294.90 | 24,006.10 | 334,065.10 |
| ESZTER MAJOR-ROHRER | | 65.00 | 65.00 | 65.00 | 195.00 |
| FA Davis - Herzing | 9,706.00 | | 8,832.00 | | 18,538.00 |
| FA DAVIS COMPANY | 31,307.28 | | 12,978.68 | | 44,285.96 |
| Family Video | | 65.76 | | | 65.76 |
| FEDEX | | | | | |
| Florida Restaurant and Lodging Assoc | 231.06 | 657.07 | | | 888.13 |
| FOUNDATION FOR CRITICAL THINKING | 1,083.11 | 342.53 | | | 1,425.64 |
| GEOSTAR COMMUNICATIONS | | 7,689.07 | 7,567.92 | | 15,256.99 |
| GL KUEBLER | | 100.00 | | | 100.00 |
| GLACIER MOUNTAIN BOTTLED WATER INC | | 162.00 | | 256.50 | 418.50 |
| GLEIM PUBLICATIONS | | | 4,661.40 | | 4,661.40 |
| GLO-BUS Software | 809.10 | | 3,371.25 | | 4,180.35 |
| Golf Convergence | 13,851.54 | 403.44 | | | 14,254.98 |
| Great River Learning | | 1,788.15 | | | 1,788.15 |
| GREENWOOD-HEINEMANN PUBLISHING | | 176.33 | | 100.76 | 277.09 |
| Gregory P Smith | | 90.00 | 994.19 | 90.00 | 1,174.19 |
| Guardian - Admin | | 2,911.42 | 2,595.47 | 2,293.35 | 7,800.24 |
| GUARDIAN - Dental | | | 3,416.00 | 1,769.20 | 5,185.20 |
| GUILFORD PUBLICATIONS, INC. | 340.00 | 420.00 | | | 760.00 |
| HACHETTE BOOK GROUP | | 14.72 | 5,264.10 | | 5,278.82 |
| HACKETT PUBLISHING COMPANY, INC | 16.80 | 28.80 | | | 45.60 |
| HANDS ON LABS, INC. | | 1,446.00 | 286.00 | | 1,732.00 |
| Harper Collins Publishers | | 3,414.06 | | | 3,414.06 |
| HARVARD BUSINESS SCHOOL | | 44.95 | | | 44.95 |
| HARVARD LAW REVIEW | 348.00 | 290.00 | | | 638.00 |
| HAYDEN-MCNEIL | | 273.75 | | | 273.75 |
| HEALTH ADMINISTRATION PRESS | 2,764.40 | 531.20 | | | 3,295.60 |
| HEALTH EDUCATOR PUBLICATIONS | 779.30 | 303.93 | | | 1,083.23 |
| HEALTH PROFESSIONS PRESS | | | | 59.99 | 59.99 |
| HEINEMANN | | 347.30 | | | 347.30 |
| Hilary Bussell | | | 600.00 | | 600.00 |
| HOPKINS FULFILLMENT SERVICE | | 56.58 | 1,220.97 | | 1,277.55 |
| HOPS Press, LLC | | 108.00 | | | 108.00 |
| HOUGHTON MIFFLIN HARCOURT | | 484.90 | | 179.51 | 664.41 |
| HUMAN KINETICS | 2,075.97 | 343.18 | | | 2,419.15 |
| HUMAN SYNERGISTICS INTL | | 146.00 | | | 146.00 |
| IAHCSMM | | 4,186.00 | 743.00 | | 4,929.00 |
| IGI GLOBAL | 288.00 | | | | 288.00 |
| IGNATIUS PRESS | | | | 20.94 | 20.94 |
| INDEPENDENT PUBLISHERS GROUP | | 710.93 | | | 710.93 |
| INDUSTRIAL PRESS | | 712.98 | | | 712.98 |
| Information Destruction Services | | 978.88 | | | 978.88 |

| Vendor | | | | | Total |
|---|---:|---:|---:|---:|---:|
| Ingram - ASH (New/Used) | 398.57 | 316.30 | | 187.99 | 902.86 |
| Ingram - NYU Press | | | | 125.00 | 125.00 |
| Ingram - OReilly Media | | 31.18 | | 116.86 | 148.04 |
| INGRAM BOOK COMPANY | 254.85 | 420.80 | 921.52 | | 1,597.17 |
| Interpretive Software | | 3,001.30 | 1,994.50 | 2,775.85 | 7,771.65 |
| INTERVARSITY PRESS | | 30.00 | | | 30.00 |
| Investigative Reporters & Editors, Inc | | | 84.00 | 168.00 | 252.00 |
| iTech Managed Print Services | | 40.20 | 41.13 | 38.36 | 119.69 |
| J ROSS PUBLISHING | | 47.96 | | | 47.96 |
| JA MAJORS | | 793.54 | 11,600.81 | | 12,394.35 |
| JEROME M. SATTLER PUBLISHER | | 40.00 | 180.00 | | 220.00 |
| Jessica C Hagman | | 840.00 | | 560.00 | 1,400.00 |
| JESSIE HARMON | | 40.00 | 40.00 | 40.00 | 120.00 |
| John Wiley - Hodges Univ | | | 4,063.96 | 60.00 | 4,123.96 |
| John Wiley - Stratford | | 6,681.02 | 1,675.00 | | 8,356.02 |
| JOHN WILEY & SONS | 904.70 | | 6,823.74 | 1,938.04 | 9,666.48 |
| John Wiley & Sons - APUS | 389.47 | 2,808.16 | 2,756.60 | 1,259.60 | 7,213.83 |
| JOHN WILEY & SONS - ASH | 5,358.82 | 289.09 | 3,960.78 | 3,373.79 | 12,982.48 |
| John Wiley & Sons - Capella | 520.06 | 597.16 | 188.34 | 1,970.52 | 3,276.08 |
| John Wiley & Sons - HRS | 3,389.00 | 250.98 | | | 3,639.98 |
| JOHN WILEY & SONS - VIR | 59.94 | 13,267.59 | 4,448.50 | 1,229.25 | 19,005.28 |
| John Wiley & Sons Herzing Print | | 7,353.84 | 192.72 | 24.50 | 7,571.06 |
| Jones & Barrtlett Learning - ECA | | 9,234.23 | 7,935.84 | 2,299.46 | 19,469.53 |
| JONES & BARTLETT | | 2,851.63 | 6,402.52 | 9,259.46 | 18,513.61 |
| JONES & BARTLETT - APUS | | | 566.52 | 1,132.51 | 1,699.03 |
| JONES & BARTLETT- Bridgepoint | | | 1,976.61 | 363.41 | 2,340.02 |
| JOSH ESKEY | | | 1.23 | | 1.23 |
| JOSHUA THOMPSON | 50.00 | 50.00 | 50.00 | 50.00 | 200.00 |
| JOURNEYED | 6,835.65 | 726.35 | 1,333.30 | 348.25 | 9,243.55 |
| Kathy Schwalbe, LLC | | 6,131.37 | | | 6,131.37 |
| KENDALL-HUNT PUBLISHING | | 10,364.48 | 13,810.25 | | 24,174.73 |
| KERRY PIGMAN | | 90.00 | 90.00 | 90.00 | 270.00 |
| Key Bank NA | 10.00 | | | | 10.00 |
| Labor Relations Information System | | 1,042.55 | | | 1,042.55 |
| LEWELLEN'S SERVICES INC. DBA | | 134.06 | | | 134.06 |
| Lightning Source - APUS | 32.71 | 168.19 | | 139.91 | 340.81 |
| Lightning Source - Bridgepoint | 3,439.24 | | 8,684.54 | | 12,123.78 |
| Lightning Source - Capella | 10,382.82 | | 24,716.13 | | 35,098.95 |
| Lightning Source - COL | | | | 38.67 | 38.67 |
| Lightning Source - Harrison | 20.75 | 26.89 | | | 47.64 |
| Lightning Source - Hodges | 280.77 | 431.51 | | 97.91 | 810.19 |
| Lightning Source - HON | | | | 64.87 | 64.87 |
| Lightning Source - Norwich | 71.80 | 828.59 | | 378.00 | 1,278.39 |
| Lightning Source - UOP | 243.24 | 289.61 | | 221.39 | 754.24 |
| Lightning Source - Virginia POD | 75.21 | 74.34 | | 135.27 | 284.82 |
| LIPPINCOTT WILLIAMS & WILKINS | 18,851.95 | 9,995.21 | 5,513.27 | | 34,360.43 |
| Lippincott Williams & Wilkins Herzing | 12,552.48 | 26,959.83 | 4,049.67 | 1,032.54 | 44,594.52 |
| Lippincott-ECA | 664.31 | 6,679.46 | 8,823.69 | 33,194.82 | 49,362.28 |
| Logical Operations | 166.02 | 428.01 | | 37.06 | 631.09 |
| LONGLEAF SERVICES | | 612.08 | | 298.89 | 910.97 |
| LRP Publications | | 57.50 | 60.25 | | 117.75 |
| LULU | 160.35 | 257.44 | 13.56 | | 431.35 |
| Mark Christensen | | 186.00 | 125.50 | 65.00 | 376.50 |
| MATT VAN NOSTRAN | 65.00 | 65.00 | 65.00 | 65.00 | 260.00 |
| MCGRAW HILL | 7,363.74 | 15,618.39 | 5,866.10 | 629.29 | 29,477.52 |
| MCGRAW HILL - BRIDGEPOINT | 2,342.84 | 169.16 | 2,366.72 | 1,296.72 | 6,175.44 |
| MCGRAW HILL - CAPELLA | 5,182.28 | | 668.00 | 13,036.04 | 18,886.32 |
| MCGRAW HILL - HARRISON | 16,883.75 | 5,890.32 | | | 22,774.07 |
| MCGRAW HILL - VIR | 13,145.25 | | 16,280.84 | 3,427.36 | 32,853.45 |
| MCGRAW HILL PRIMUS | 2,310.83 | | 10,564.74 | 307.21 | 13,182.78 |
| Medline Industries, Inc | 11,883.21 | 27,235.39 | | 145.12 | 39,263.72 |
| MEDTRAK | | 19,750.00 | 14,750.00 | | 34,500.00 |
| Michael Himmel | | | 1,440.00 | 10,020.00 | 11,460.00 |
| MICHAEL MARK | | 330.05 | 90.00 | 90.00 | 510.05 |

| Name | Col1 | Col2 | Col3 | Col4 | Total |
|---|---|---|---|---|---|
| Microsoft Corporation | | 15,444.00 | | | 15,444.00 |
| MIND GARDEN INC | | 319.00 | 770.00 | | 1,089.00 |
| MISSY BOND | 50.00 | 50.00 | 50.00 | 50.00 | 200.00 |
| MPS - APUS | | 467.33 | | 8.00 | 475.33 |
| MPS (FORMERLY VHPS) | | | 3,648.14 | 9,945.79 | 13,593.93 |
| MyEducator LLC | | | 3,255.00 | | 3,255.00 |
| NACSCORP | 1,542.28 | 32,724.28 | 1,864.32 | 4,119.35 | 40,250.23 |
| NASW Press | 105.98 | 3,915.96 | | 1,271.76 | 5,293.70 |
| NATIONAL ACADEMIES PRESS | | 666.40 | | | 666.40 |
| NATIONAL BOOK NETWORK | | 244.24 | | 21.15 | 265.39 |
| NATIONAL CONTRACT MANAGEMENT ASSOCIATION | 270.00 | 2,254.50 | | | 2,524.50 |
| NATIONAL COUNCIL FOR THE SOCIAL STUDIES | | 191.68 | | | 191.68 |
| NATIONAL FIRE PROTECTION ASSOCIATION | | 174.20 | | | 174.20 |
| NATIONAL INSTRUMENTS | | 9,175.84 | | | 9,175.84 |
| NATIONAL INTERSCHOLASTIC ATHLETIC ADMINI | 488.00 | 630.00 | | | 1,118.00 |
| NATIONAL UNDERWRITER CO | 150.40 | | | | 150.40 |
| NAT'L ASSOC FOR THE EDUC OF YOUG CHIL | 541.00 | 584.50 | | | 1,125.50 |
| Neehr Perfect | | | | | - |
| Nelsonville Health & Fitness | | | 40.00 | | 40.00 |
| Nikole Morris | 50.00 | 50.00 | | | 100.00 |
| OHIO BUREAU OF WORKERS' COMPENSATION | | | 933.96 | | 933.96 |
| Ohio University Foundation - Ky Crist | | 200.00 | | | 200.00 |
| OXFORD UNIVERSITY PRESS | | | 1,711.27 | | 1,711.27 |
| PAR INC. | | 103.45 | | | 103.45 |
| PC CONNECTION | | 49.51 | 2,849.85 | | 2,899.36 |
| PEARSON EDUCATION | | | 5,002.56 | | 5,002.56 |
| PEARSON EDUCATION - APUS | | | 4,515.98 | | 4,515.98 |
| PEARSON EDUCATION - BRIDGEPOINT | | | 10,036.20 | | 10,036.20 |
| PEARSON EDUCATION - CAP | | | 4,403.31 | | 4,403.31 |
| PEARSON EDUCATION - HERZING ORDERS | | | 3,267.94 | - | 3,267.94 |
| PEARSON EDUCATION - HOD | | | 1,634.47 | | 1,634.47 |
| PEARSON EDUCATION - HRS | | | | | - |
| PEARSON EDUCATION - HUO Ancil Only | | | | 427.20 | 427.20 |
| PEARSON EDUCATION - NON-RESOURCE ORDERS | | | 599.01 | | 599.01 |
| PEARSON EDUCATION - RESOURCE ORDERS | | | 697.64 | 314.66 | 1,012.30 |
| PEARSON EDUCATION - SFD | | | 18,884.05 | | 18,884.05 |
| PEARSON EDUCATION - VIR | 100,000.00 | 88,030.88 | 133,196.48 | 138,770.85 | 459,998.21 |
| PENGUIN RANDOM HOUSE | | 4,714.32 | 1,505.77 | | 6,220.09 |
| Peregrine Academic Services | 14,880.00 | 7,488.00 | 6,656.00 | 6,720.00 | 35,744.00 |
| PETER LANG | | | | 46.71 | 46.71 |
| Petersons LLC | | 1,621.10 | | | 1,621.10 |
| PITNEY BOWES | 186.08 | 505.71 | | 125.69 | 817.48 |
| Play Therapy | 99.00 | 107.00 | | | 206.00 |
| PORTER WRIGHT MORRIS & ARTHUR | 8,700.68 | | 11,739.49 | 105,695.40 | 126,135.57 |
| Premier Sport Psychology, PLLC | | 555.10 | | | 555.10 |
| PRO-ED | | 260.96 | | 122.00 | 382.96 |
| PROFESSIONAL RESOURCE PRESS | | 143.64 | | 31.92 | 175.56 |
| PROJECT MANAGEMENT INSTITUTE | | | | | |
| Prufrock Press | | 484.80 | | | 484.80 |
| R. Dorsey & Company, Inc. | | 3,057.37 | | 1,042.29 | 4,099.66 |
| Raymond D Irwin | | | 600.00 | | 600.00 |
| RESEARCH FOR BETTER TEACHING, INC. | | 52.50 | | | 52.50 |
| RingCentral | | 4,984.01 | 3,004.34 | 7,064.04 | 15,052.39 |
| Rittenhouse Book Distributors | | | 6,247.50 | | 6,247.50 |
| ROBERTA WASHBURN | 65.00 | | | | 65.00 |
| ROI Institute | | 1,950.00 | | | 1,950.00 |
| ROWMAN AND LITTLEFIELD | | | 61.07 | 1,266.36 | 1,327.43 |
| Rumpke | | 913.50 | | | 913.50 |
| Sage - Congressional Quarterly | | | 591.15 | | 591.15 |
| SAGE PUBLICATIONS | | | 2,914.62 | | 2,914.62 |
| SAGE PUBLICATIONS - APUS | | | 1,263.96 | 305.60 | 1,569.56 |
| SAGE PUBLICATIONS - CAPELLA | | | 1,242.90 | 959.40 | 2,202.30 |
| SANDRA SOUTHERLAND | | 800.00 | | | 800.00 |
| SARAH RIDDLEBARGER | | 65.00 | 65.00 | 1,023.64 | 1,153.64 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| SCHROFF DEVELOPMENT CORPORATION | | 393.00 | | | 393.00 |
| SCIENCE LAB SUPPLIES | | 123.20 | | | 123.20 |
| SHADOW HEALTH INC | 14,004.00 | 19,155.00 | | | 33,159.00 |
| Shawn Nunnally | 65.00 | 65.00 | 65.00 | 65.00 | 260.00 |
| SHRM Distribution Center | | 1,090.00 | 8,690.00 | | 9,780.00 |
| SilverSky | | 780.00 | 780.04 | 780.04 | 2,340.13 |
| SIMON & SCHUSTER TRADE PAPERBACKS | | 4,889.85 | 1,748.95 | | 6,638.80 |
| SLACK INC. | | 4,280.90 | 2,300.79 | | 6,581.69 |
| Society of American Archivists | 83.99 | 83.99 | | | 167.98 |
| Soil and Water Conservation Society | 43.39 | 33.00 | | | 76.39 |
| SOLAR ENERGY INTERNATIONAL LLC | 3,282.00 | 2,025.00 | 3,606.00 | | 8,913.00 |
| SOLUTION TREE | 158.79 | 200.73 | | | 359.52 |
| SOURCEBOOKS, INC | | 1,137.50 | | 292.50 | 1,430.00 |
| Spring Lake Publishing | | 47.14 | | 62.84 | 109.98 |
| Springer - Apress, Inc | | 279.93 | | | 279.93 |
| SPRINGER PUBLISHING COMPANY | | 5,128.00 | | | 5,128.00 |
| SPRINGER-VERLAG | 4,154.30 | 958.39 | | 209.76 | 5,322.45 |
| Square One Publishers | | 51.86 | | | 51.86 |
| Stacie Rainey | | 128.84 | 65.00 | 65.00 | 258.84 |
| State of California | | | | 830.00 | 830.00 |
| State of New Hampshire | | | | 750.00 | 750.00 |
| TAPTAE, Inc. | | 320.00 | | | 320.00 |
| Taylor & Francis | 11,376.10 | 10,544.68 | 32,703.76 | 6,033.56 | 60,658.10 |
| TEACHERS COLLEGE PRESS | | | | - | |
| Terlecky & Co., LPA | | | | 20,000.00 | 20,000.00 |
| TESOL International | | 320.65 | | | 320.65 |
| TEST OUT CORPORATION | | 11,891.80 | 5,869.00 | | 17,760.80 |
| TEXAS A&M UNIVERSITY PRESS | 189.30 | | | | 189.30 |
| The Change Companies | | 1,045.00 | | | 1,045.00 |
| The Guidance Group | 719.28 | | | | 719.28 |
| The Institute of Internal Auditors | 283.19 | | 699.95 | | 983.14 |
| TherapyEd Int'l Edu. Resources | | 82.00 | 1,148.00 | | 1,230.00 |
| TIE Kinetix | | | 353.11 | | 353.11 |
| Todd Thompson | | 65.00 | 65.00 | 65.00 | 195.00 |
| TOWNSEND PRESS | | | | | - |
| Tracy Kitts | 65.00 | 65.00 | 65.00 | 65.00 | 260.00 |
| TRAZ Capital Partners LLC | | | | 5,000.00 | 5,000.00 |
| TRILITERAL, LLC | | 2,040.84 | | | 2,040.84 |
| Trinity Pension Consultants | | 35.00 | 35.00 | 35.00 | 105.00 |
| Turn Around Schools | | | 510.00 | | 510.00 |
| UNITED HEALTH CARE INSURANCE CO | | 31,288.88 | 29,412.63 | 27,614.33 | 88,315.84 |
| UNITED PARCEL SERVICE | 55,846.51 | 73,337.47 | 90,794.24 | 27,225.12 | 247,203.34 |
| UNIVERSITY OF CHICAGO PRESS | | | 1,121.01 | 23.20 | 1,144.21 |
| UNIVERSITY OF KANSAS PRESS | | 323.25 | | 95.76 | 419.01 |
| UNIVERSITY OF OKLAHOMA PRESS | | 119.76 | | 446.88 | 566.64 |
| University of Phoenix - POD Fee | | 95.00 | 65.00 | | 160.00 |
| UNIVERSITY OF TORONTO PRESS | | | | | |
| UPS FREIGHT | 391.69 | 298.45 | 135.30 | 278.88 | 1,104.32 |
| UPS Freight - ECA | 1,123.19 | | 4,502.17 | | 5,625.36 |
| UPS MAIL INNOVATIONS | 750.00 | 1,487.95 | 858.75 | 1,024.35 | 4,121.05 |
| USGA Publications | | | | | - |
| Veritiv Operating Company | 3,555.24 | | | | 3,555.24 |
| Vernier Software & Technology, LLC | | 11,484.40 | 1,659.30 | | 13,143.70 |
| VITALSOURCE | 200,000.00 | 700,000.00 | 200,000.00 | 600,000.00 | 1,700,000.00 |
| W.W. Williams | | | | 2,053.03 | 2,053.03 |
| W.W.NORTON & COMPANY | 2,439.72 | 351.00 | 1,502.00 | | 4,292.72 |
| Walmyr Publishing Company | | 95.40 | | | 95.40 |
| West Academic | 132.55 | | | | 132.55 |
| WEST GROUP - Thomson Reuters | | | | 479.00 | 479.00 |
| WILLIS OF OHIO, INC | | | 9,009.75 | | 9,009.75 |
| WORLD BANK PUBLICATIONS | | 69.93 | | 34.96 | 104.89 |
| XANEDU CUSTOM PUBLISHING | | | | 123.59 | 123.59 |
| Xerox Corporation | 239.99 | 504.98 | | 239.99 | 984.96 |
| YRC Freight | | | | 405.08 | 405.08 |

| Grand Total | 919,637.52 | 2,132,175.49 | 1,542,949.23 | 1,370,591.89 | 5,965,354.13 |

Form 207, Part 13 / Item 26
## ED MAP CAP TABLE

| Stockholder | Relationship | Address | Common Stock | Series A Preferred | Series B Preferred | TOTAL |
|---|---|---|---|---|---|---|
| **Common** | | | | | | |
| DLSC Ltd. | | c/o Michael Mark. 11085 Northpoint Dr, Athens, OH 45701 | 1,000,000 | | | 1,000,000 |
| Kerry S. Pigman | Pres & Dir | 6 Canterbury Dr, Athens, OH 45701 | 150,000 | | | 150,000 |
| Gregory P. Smith | CFO | 2303 Abington Rd, Upper Arlington, OH 43221 | 90,000 | | | 90,000 |
| Jon Newcomb | N/A | 60 Riverside Dr, Apt 10-D, NYC, NY 10024 | 10,500 | | 20,823 | 31,323 |
| Carol Clark | Dir | 1998 Lane Rd, Columbus, OH 43220 | 7,500 | | | 7,500 |
| JoAnn Rollins | N/A | 12606 Liars Corner Rd, Millfield, OH 45761 | 5,000 | | | 5,000 |
| Chris Young | N/A | UNK | 40,000 | | | 40,000 |
| Adena Ventures, L.P. | Dir | c/o Steve Parker, ESQ.  Baker Donelson PC, 100 Light St, Baltimore, MD 21202 | | 309,669 | 39,981 | 349,650 |
| OCA Venture Partners, L.P. | Dir | c/o Jim Dugan.  351 W Hubbard St, Ste 600, Chicago, IL 60654 | | 232,252 | 29,986 | 262,238 |
| SJF Ventures, L.P. | Dir | c/o David Kirkpatrick. 200 N Mangum St, Ste 203, Durham, NC 27701 | | 232,252 | 29,986 | 262,238 |
| **TOTAL** | | | 1,303,000 | 774,173 | 120,777 | 2,197,950 |

Other

| | | | | | | |
|---|---|---|---|---|---|---|
| Sarah Riddlebarger | COO | 80 Briarwood, Athens, OH 45701 | | | | |
| Michael Mark | CEO, BOD, & Shhd | (see above) | | | | |