UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
(COLUMBUS)

| | |
|---|---|
| IN RE: | CASE NO. 18-55889 |
| ED MAP, INC. | JUDGE JOHN E. HOFFMAN, JR. |
| Debtor | CHAPTER 11 |
| | **MOTION FOR ADMISSION *PRO HAC VICE* OF BRUCE S. NATHAN** |

* * * *

I, Bruce S. Nathan, a member of good standing of the State Bar of New York, hereby request admission *pro hac vice* before the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division, to represent The Official Committee Of Unsecured Creditors Of Ed Map, Inc. in the above captioned case and any proceedings therein. My Declaration in support of this Motion is attached hereto as Exhibit A.

I have reviewed and I am familiar with the local bankruptcy rules of the bankruptcy court and understand that I am subject to the disciplinary provision of this Court. I

respectfully request that I be admitted to practice before this Court in the above case and any proceedings therein pursuant to Local Bankruptcy Rule 2090-1(b).

        Respectfully submitted,

/s/Christopher W. Peer
Christopher W. Peer (No. 0076257)
E-mail Cpeer@wickenslaw.com
John A. Polinko (No. 0073967)
E-mail JPolinko@WickensLaw.com
WICKENS HERZER PANZA
35765 Chester Road
Avon, OH 44011-1262
(440) 695-8000 (Main)
(440) 695-8098 (Fax)

        AND

Bruce S. Nathan (NY Bar No. 1710896)
bnathan@lowenstein.com
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 262-6700 (Main)
(212) 262-7402 (Fax)

PROPOSED ATTORNEYS FOR THE OFFICIAL
   COMMITTEE OF UNSECURED CREDITORS OF ED
   MAP, INC.

## **PROOF OF SERVICE**

This is to certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* of Bruce S. Nathan has been sent via the Court's electronic filing system on this 23rd day of October, 2018, to:

| | |
|---|---|
| John W. Kennedy, Esq. <br> jwk@columbuslawyer.net <br> Myron N. Terlecky, Esq. <br> mnt@columbuslawyer.net <br> STRIP HOPPERS LEITHART MCGRATH <br> & TERLECK <br> 575 S. Third Street <br> Columbus, OH 43215-5755 | Pamela Arndt, Esq. <br> Pamela.D.Arndt@usdoj.gov <br> Mary Anne Wilsbacher, Esq. <br> MaryAnne.Wilsbacher@usdoj.gov <br> Office of the U.S. Trustee <br> 170 North High Street, Suite 200 <br> Columbus, OH 43215-2417 |

/s/Christopher W. Peer
Bruce S. Nathan
Christopher W. Peer
John A. Polinko