**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 18-55889 |
| | : | |
| Ed Map, Inc., | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

**DEBTOR'S SCHEDULE OF POSTPETITION DEBTS**

Now comes Ed Map, Inc. (the "Debtor") and files this list of unpaid post-petition debts incurred after the filing of the Chapter 11 petition and before the conversion to Chapter 7 as required by Rule 1019(5)(A)(i) of the Federal Rules of Bankruptcy Procedure. The Debtor has used its best efforts to compile this list and reserves the right to supplement this list as additional information is provided.

A matrix of potential post-petition claimants is attached hereto.

          Respectfully submitted,


           /s/   John W. Kennedy
         Myron N. Terlecky (0018628)
         John W. Kennedy (0042672)
         Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
         575 South Third Street
         Columbus, Ohio 43215-5759
         T: (614) 228-6345     F: (614) 228-6369
         mnt@columbuslawyer.net
         jwk@columbuslawyer.net
         Attorneys for Debtor

**Schedule of Unpaid Claims Incurred During the Pendency of the Chapter 11**

| **Claimant's Name & Address** | **Estimated Amount** |
|---|---|
| 1. Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA<br>575 S. Third St.<br>Columbus, OH 43215<br>Debtor-in-Possession Attorney Fees & Expenses<br>In accordance with 11 U.S.C. 330, an appropriate fee application will be filed. | $90,000.00 |
| 2. Porter, Wright, Morris & Arthur, LLP<br>41 South High St, #2900<br>Columbus, OH 43215<br>Perspective Special Counsel to the Debtor-in-Possession<br>In accordance with 11 U.S.C. 330, an appropriate fee application will be filed | Unknown |
| 3. Elsevier, Inc.<br>Attn: Kurt Keller<br>3251 Riverport Lane<br>Maryland Heights, MO 63043<br>Potential Fees and Expenses as Member of the Committee of Unsecured Creditors | Unknown |
| 4. Cengage Learning<br>Attn: Tim Plummer<br>10650 Toebben Drive<br>Independence, KY 41051<br>Potential Fees and Expenses as Member of the Committee of Unsecured Creditors | Unknown |
| 5. John Wiley & Sons, Inc.<br>Attn: Edward LaMorte<br>One Wiley Drive<br>Somerset, NJ 08875<br>Potential Fees and Expenses as Member of the Committee of Unsecured Creditors | Unknown |

| | | |
|---|---|---|
| 6. | Kendall Hunt Publishing Co.<br>Attn:   Susan Kern<br>4050 Westmark Drive<br>Dubuque, IA 52002<br>Potential Fees and Expenses as Member<br>of the Committee of Unsecured Creditors | Unknown |
| 7. | Wickens Herzer Panza<br>35765 Chester Road<br>Avon, OH 44011-1262<br>Local Counsel to the Official Committee<br>Of Unsecured Creditors<br>Legal Fees and Expenses subject to<br>11 U.S.C. 330 | Unknown |
| 8. | Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Local Counsel to the Official Committee<br>Of Unsecured Creditors<br>Legal Fees and Expenses subject to<br>11 U.S.C. 330 | Unknown |
| 9. | Melissa Bond<br>17556 Fork St.<br>P O Box 74<br>Buchtel, OH 45716<br>Accrued Vacation Post Petition | $512.98 |
| 10. | Melinda Brooks<br>1000 E. Canal Street, G3<br>Nelsonville, OH  45764<br>Accrued Vacation Post Petition | $519.23 |
| 11. | Erin Carter<br>188 Longview Heights Road<br>Athens, OH  45701<br>Accrued Vacation Post Petition | $471.15 |
| 12. | Mark Christensen<br>194 Little Sunapee Road<br>New London, NH 03257<br>Accrued Vacation Post Petition | $543.27 |

| | | |
|---|---|---|
| 13. | Ty Crabtree<br>36 Poston Road, Apt. 16<br>The Plains, OH 45780<br>Accrued Vacation Post Petition | $447.12 |
| 14. | Tracey Deal<br>905 Connett Road<br>Nelsonville, OH 45764<br>Accrued Vacation Post Petition | $134.62 |
| 15. | Megan Dillon<br>5290 Fisher Road<br>P O Box 5802<br>Athens, OH 45701<br>Accrued Vacation Post Petition | $267.00 |
| 16. | Lillian Dodd<br>4239 Vore Ridge Road, Lot 10<br>Athens, OH 45701<br>Accrued Vacation Post Petition | $104.50 |
| 17. | Joshua Eskey<br>9103 Five Points Road<br>Athens, OH 45701<br>Accrued Vacation Post Petition | $370.80 |
| 18. | Brandee Glenn<br>5645 St. Rte. 78<br>Buchtel, OH  45716<br>Accrued Vacation Post Petition | $265.65 |
| 19. | Jessie Harmon<br>124 Lamar Drive<br>Nelsonville, OH  45764<br>Accrued Vacation Post Petition | $62.00 |
| 20. | Brandy Haye<br>318 Adams Street<br>Nelsonville, OH  45764<br>Accrued Vacation Post Petition | $326.92 |
| 21. | Matthew Henry<br>14620 State Route 278 NE<br>Nelsonville, OH 45764<br>Accrued Vacation Post Petition | $906.74 |

| | | |
|---|---|---|
| 22. | Tracy Kitts<br>27 South May Avenue<br>Athens, OH 45701<br>Accrued Vacation Post Petition | $230.77 |
| 23. | Loretta Kyle<br>510 W. Second Street<br>Logan, OH 43138<br>Accrued Vacation Post Petition | $384.62 |
| 24. | Eszter, Major-Rohrer<br>9188 Hooper Road<br>Athens, OH 45701<br>Accrued Vacation Post Petition | $802.88 |
| 25. | Michael Mark<br>11085 Northpoint Dr.<br>Athens, OH  45701<br>Severance per Contract | $90,000.00 |
| 26. | Steven Maxwell<br>17556 Fork Street<br>P O Box 74<br>Buchtel, OH 45716<br>Accrued Vacation Post Petition | $222.80 |
| 27. | Shawn Nunnally<br>13677 Wesley Drive<br>Logan, OH 43138<br>Accrued Vacation Post Petition | $471.15 |
| 28. | Sandra Patacca<br>P O Box 69<br>The Plains, OH 45780<br>Accrued Vacation Post Petition | $212.40 |
| 29. | Kerry Pigman<br>6 Canterbury Drive<br>Athens, OH 457001<br>Accrued Vacation Post Petition<br>And Severance per Contract | $1,923.08<br>$100,000.00 |
| 30. | Stacie Rainey<br>179 W. Washington Street<br>Nelsonville, OH  45764<br>Accrued Vacation Post Petition | $1,057.69 |

| | | |
|---|---|---|
| 31. | Sarah Riddlebarger<br>80 Briarwood Drive<br>Athens, OH 45701<br>Accrued Vacation Post Petition<br>And Severance per Contract | $1,442.31<br>$37,500.00 |
| 32. | Lori Rife<br>P O Box 58<br>Buchtel, OH 45716<br>Accrued Vacation Post Petition | $250.40 |
| 33. | Kenneth Rutter<br>647 High Street<br>Nelsonville, OH 45764<br>Accrued Vacation Post Petition | $513.60 |
| 34. | Gregory Smith<br>2303 Abington Rd.<br>Columbus, OH 43221<br>Accrued Vacation Post Petition<br>And Severance per Contract | $3,846.16<br>$300,000.00 |
| 35. | Andrea Thogmartin<br>58 Madison Avenue<br>Athens, OH 45701<br>Accrued Vacation Post Petition | $173.08 |
| 36. | Joshua Thompson<br>3408 Pinegrove Pl.<br>Champaign, IL 61822<br>Accrued Vacation Post Petition | $100.00 |
| 37. | Todd Thompson<br>37592 Chase Run Road<br>Albany, OH 45710<br>Accrued Vacation Post Petition | $600.96 |
| 38. | Matt Van Nostran<br>3545 Ladd Ridge Road<br>Athens, OH 45701<br>Accrued Vacation Post Petition | $807.69 |
| 39. | Roberta Washburn<br>65 Lottridge Road<br>Coolville, OH 45723<br>Accrued Vacation Post Petition | $831.73 |

| | | |
|---|---|---|
| 40. | Kristopher Weisenbach<br>7506 Luhrig Road<br>Athens, OH 45701<br>Accrued Vacation Post Petition | $274.04 |
| 41. | Scorebuilders<br>P O Box 7242<br>Scarborough, ME 04070-7242<br>Services Rendered | $68.00 |
| 42. | Professional Resource Press<br>1958 Barber Rd.<br>Sarasota, FL  34340<br>Services Rendered | $15.96 |
| 43. | Simon & Schuster Trade Paperbacks<br>1230 Ave. of Americas<br>New York, New York 10020<br>Services Rendered | $617.59 |
| 44. | Nelsonville Health<br>1261 East Canal Street<br>Nelsonville, OH 45764<br>Services Rendered | $80.00 |
| 45. | R Dorsey<br>400 W. Wilson Bridge Rd., #105<br>Worthington, OH 43085<br>Services Rendered | $416.91 |
| 46. | Neustar<br>Bank of America<br>P O Box 277833<br>Atlanta, GA  30384-7833<br>Services Rendered | $778.80 |
| 47. | Edward Elgar Publishing<br>9 Dewey Ct.<br>Northampton, MA 01060<br>Services Rendered | $116.80 |
| 48. | Columbia Gas<br>P O Box 742510<br>Cincinnati, OH 45274-2510<br>Services Rendered | $138.92<br>$376.45 |

| | | |
|---|---|---|
| 49. | Xerox<br>P O Box 802555<br>Chicago, IL 60680-2555<br>Services Rendered | $239.99 |
| 50. | Geostar<br>3593 Medina Rd., #259<br>Medina, OH 44256-8182<br>Services Rendered | $7,567.68 |
| 51. | Health Administration Press<br>P O Box 75145<br>Baltimore, MD 21275-5145<br>Services Rendered | $300.00 |
| 52. | MPS (fka VHPS)<br>P O Box 930668<br>Atlanta, GA 31193-0668<br>Services Rendered | $58.89 |
| 53. | Epicor Software<br>804 Las Cimas Parkway #200<br>Austin, TX 78746<br>Software License | Unknown |

                        Ed Map, Inc.

Dated:  December 28, 2018      By: /s/ Gregory P Smith
                                            Gregory P Smith
                                          Its Chief Financial Officer

                                          Respectfully submitted,

                                          /s/  John W. Kennedy
                                          Myron N. Terlecky (0018628)
                                          John W. Kennedy (0042672)
                                          Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
                                          575 South Third Street
                                          Columbus, Ohio 43215-5759
                                          T: (614) 228-6345     F: (614) 228-6369
                                          mnt@columbusalwyer.net
                                          jwk@columbuslawyer.net
                                          Attorneys for Debtor

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing DEBTOR'S SCHEDULE OF POSTPETITION DEBTS was served ((i) **electronically** on the date of filing through the court's ECF system on all ECF participants registered in the case at the email addresses registered with the court, and (ii) by **email and regular U.S. Mail service** on December 31, 2018 addressed to the Debtor, the Office of the United States Trustee, Chapter 7 Trustee, the Unsecured Creditors' Committee, all secured creditors, the postpetition creditors listed above, and those other parties set forth on the attached mailing matrix.

                                               /s/ John W. Kennedy
                                               John W. Kennedy (0042672)

ED MAP INC
296 HARPER ST
NELSONVILLE OH  45764

MARYANNE WILSBACHER
OFFICE OF THE U S TRUSTEE
170 N HIGH ST #200
COLUMBUS OH  4315

TIM PLUMMER
CENGAGE LEARNING
10650 TOEBBEN DR
INDEPENDENCE KY  41051

EDWARD LAMORTE
JOHN WILEY & SONS
ONE WILEY DR
SOMERSET NJ  08875

SUSAN KERN
KENDALL-HUNT PUBLISHING
4050 WESTMARK DR
DUBUQUE IA  52004

KURT KELLER
ELVSEVIER SCIENCE
3251 RIVERPORT LN
MARYLAND HEIGHTS MO  63043

KEY BANK NATIONAL ASSOC
ATTN LEGAL DEPARTMENT
127 PUBLIC SQUARE
CLEVELAND OH  44114

ROBERT J BURNS ESQ
KEYBANK NATIONAL ASSOC
127 PUBLIC SQUARE 2ND FLOOR
CLEVELAND OH  44114-1306

PAMELA ARNDT
OFFICE OF THE U S TRUSTEE
170 N HIGH ST #200
COLUMBUS OH  43215

PHILLIP K STOVALL
ALLEN STOVALL NEUMAN
FISHER & ASHTON LLP
17 S HIGH ST #1220
COLUMBUS OH  43215

RICHARD K STOVALL
ALLEN STOVALL NEUMAN
FISHER & ASHTON LLP
17 S HIGH ST #1220
COLUMBUS OH  43215

THOMAS R ALLEN
ALLEN STOVALL NEUMAN
FISHER & ASHTON LLP
17 S HIGH ST #1220
COLUMBUS OH  43215

KEVIN A CAMPANA
C/O EMC PARADIGM PUBLISHING
875 MONTREAL WAY
ST PAUL MN  55102

JOHN A POLINKO
WICKENS HERZER PANZA
35765 CHESTER RD
AVON OH  44011-1262

CHRISTOPHER W PEER
WICKENS HERZER PANZA
35765 CHESTER RD
AVON OH  44011-1262

MICHAEL SAVETSKY
LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DR
ROSELAND NJ  07068

BRUCE S NATHAN
LOWENSTEIN SANDLER LLP
1251 AVENUE OF THE AMERICAS
NEW YORK NY  10020-1104

ERIC S CHAFETZ
LOWENSTEIN SANDLER LLP
1251 AVENUE OF THE AMERICAS
NEW YORK NY  10020-1104

DAVID WHITTAKER ESQ
ISAAC WILES BURKHOLDER
& TEETOR
TWO MIRANOVA PL #700
COLUMBUS OH  43215