**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 18-55889 |
| | : | |
| Ed Map, Inc., | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

### DEBTOR'S CHAPTER 11 FINAL REPORT AND ACCOUNT

Now comes Ed Map Inc., (the "Debtor") and files this Final Report and Account as required by Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure. The Debtor states as follows:

**A.      Background**

1. The Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on September 17, 2018 (the "Petition Date").

2. This case was converted to Chapter 7 of the Bankruptcy Code by an Order of this Court (Doc. 156) entered on December 4, 2018, making the conversion of this case effective as of 9:00 a.m. EST on December 6, 2018 (the "Conversion Date"). David M. Whittaker has been appointed as the Chapter 7 Trustee (the "Trustee") for the Debtor.

**B.      Final Report and Account**

3. Pursuant to Fed. R. Bankr. P. 1019(5)(A)(i), the Debtor previously filed a Schedule of Postpetition Debts incurred after the Petition Date and before the Conversion Date (Doc. 174) (the "Schedule"). The unpaid debts listed on the Schedule total $647,352.93; however, some of the claim amounts are estimated and some are unknown amounts.

4. Pursuant to Fed. R. Bankr. P. 1019(5)(A)(ii), the Debtor hereby submits a final accounting as of the Conversion Date (the "Accounting"), which is attached as Exhibit A. The

Accounting shows receipts and disbursements from November 1, 2018 through the Conversion Date.

5. The Accounting reflects that the Debtor held cash as of the Conversion Date in the amount of $20,215.00. Those funds were being held in the Debtor's Debtor-in-Possession bank accounts at KeyBank. Pursuant to the terms of the Order converting this case, those funds may have been used to pay outstanding obligations of the Debtor and/or swept by KeyBank. Copies of account statements have been provided to the Trustee.

6. As to assets of the bankruptcy estate, the Debtor incorporates the filed Schedules of Assets and Liabilities, any amendments thereto filed in this case.

Dated: December 28, 2018.　　　　Ed Map, Inc.

　　　　　　　　　　　　　　　　/s/   Gregory P. Smith
　　　　　　　　　　　　　　　　By: Gregory P. Smith
　　　　　　　　　　　　　　　　Its: Chief Financial Officer


　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　 /s/  Myron N. Terlecky
　　　　　　　　　　　　　　　　Myron N. Terlecky (0018628)
　　　　　　　　　　　　　　　　John W. Kennedy  (0042672)
　　　　　　　　　　　　　　　　Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
　　　　　　　　　　　　　　　　575 South Third Street
　　　　　　　　　　　　　　　　Columbus, Ohio 43215-5759
　　　　　　　　　　　　　　　　Telephone:    (614) 228-6345
　　　　　　　　　　　　　　　　Facsimile:    (614) 228-6369
　　　　　　　　　　　　　　　　Email: mnt@columbuslawyer.net
　　　　　　　　　　　　　　　　　　　　jwk@columbuslawyer.net
　　　　　　　　　　　　　　　　Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing DEBTOR'S CHAPTER 11 FINAL REPORT AND ACCOUNT was served (i) **electronically** on the date of filing through the court's ECF system on all ECF participants registered in the case at the email addresses registered with the court, and (ii) by **email and regular U.S. Mail service** on December 31, 2018 addressed to the Debtor, the Office of the United States Trustee, Chapter 7 Trustee, the Unsecured Creditors' Committee, all secured creditors and those other parties set forth on the attached mailing matrix.

      /s/  Myron N. Terlecky
      Myron N. Terlecky (0018628)

ED MAP INC
296 HARPER ST
NELSONVILLE OH  45764

MARYANNE WILSBACHER
OFFICE OF THE U S TRUSTEE
170 N HIGH ST #200
COLUMBUS OH  4315

TIM PLUMMER
CENGAGE LEARNING
10650 TOEBBEN DR
INDEPENDENCE KY  41051

EDWARD LAMORTE
JOHN WILEY & SONS
ONE WILEY DR
SOMERSET NJ  08875

SUSAN KERN
KENDALL-HUNT PUBLISHING
4050 WESTMARK DR
DUBUQUE IA  52004

KURT KELLER
ELVSEVIER SCIENCE
3251 RIVERPORT LN
MARYLAND HEIGHTS MO  63043

KEY BANK NATIONAL ASSOC
ATTN LEGAL DEPARTMENT
127 PUBLIC SQUARE
CLEVELAND OH  44114

ROBERT J BURNS ESQ
KEYBANK NATIONAL ASSOC
127 PUBLIC SQUARE 2ND FLOOR
CLEVELAND OH  44114-1306

PAMELA ARNDT
OFFICE OF THE U S TRUSTEE
170 N HIGH ST #200
COLUMBUS OH  43215

PHILLIP K STOVALL
ALLEN STOVALL NEUMAN
FISHER & ASHTON LLP
17 S HIGH ST #1220
COLUMBUS OH  43215

RICHARD K STOVALL
ALLEN STOVALL NEUMAN
FISHER & ASHTON LLP
17 S HIGH ST #1220
COLUMBUS OH  43215

THOMAS R ALLEN
ALLEN STOVALL NEUMAN
FISHER & ASHTON LLP
17 S HIGH ST #1220
COLUMBUS OH  43215

KEVIN A CAMPANA
C/O EMC PARADIGM PUBLISHING
875 MONTREAL WAY
ST PAUL MN  55102

JOHN A POLINKO
WICKENS HERZER PANZA
35765 CHESTER RD
AVON OH  44011-1262

CHRISTOPHER W PEER
WICKENS HERZER PANZA
35765 CHESTER RD
AVON OH  44011-1262

MICHAEL SAVETSKY
LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DR
ROSELAND NJ  07068

BRUCE S NATHAN
LOWENSTEIN SANDLER LLP
1251 AVENUE OF THE AMERICAS
NEW YORK NY  10020-1104

ERIC S CHAFETZ
LOWENSTEIN SANDLER LLP
1251 AVENUE OF THE AMERICAS
NEW YORK NY  10020-1104

DAVID WHITTAKER ESQ
ISAAC WILES BURKHOLDER
& TEETOR
TWO MIRANOVA PL #700
COLUMBUS OH  43215

# MONTHLY CASH STATEMENT

Period Ending: Nov 30, 2018

Cash Activity Analysis (Cash Basis Only):                                    Case No: _____

|   | | Oper. General Acct. | Disb Payroll Acct. | Deposit Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | 1,590,015 | 0 | 0 | | |
| B. | Receipts (Attach separate schedule) | 452,343 | 25,882 | 444,347 | | |
| C. | Balance Available (A + B) | 2,042,358 | 25,882 | 444,347 | | |
| D. | Less Disbursements (Attach separate schedule) | (1,252,545) | (25,882) | (444,347) | | |
| E. | ENDING BALANCE (C - D) | 789,813 | 0 | 0 | | |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account: Operating
1. Depository Name & Location: Key Bank - Cleveland
2. Account Number (last 4 digits only): 6257

~~Payroll~~ Account: Disbursement
1. Depository Name & Location: Key Bank - Cleveland
2. Account Number (last 4 digits only): 9411

~~Tax~~ Account: Deposit
1. Depository Name & Location: Key Bank - Cleveland
2. Account Number (last 4 digits only): 6265

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.:
_____
_____

Date: 21-Dec-18                                         _____
                                                         Debtor in Possession

Form 5

**MONTHLY CASH STATEMENT**
Period Ending: 12/6/18

Cash Activity Analysis (Cash Basis Only):                    Case No: _____

|  | Oper General Acct. | Disb. Payroll Acct. | Deposit ~~Tax~~ Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | 789,813 | 0 | 0 | | |
| B. Receipts (Attach separate schedule) | 16,451 | 17,037 | 16,995 | | |
| C. Balance Available (A + B) | 806,264 | 17,037 | 16,995 | | |
| D. Less Disbursements (Attach separate schedule) | (786,049) | (17,037) | (16,995) | | |
| E. ENDING BALANCE (C - D) | 20,215 | 0 | 0 | | |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account: Operating
1. Depository Name & Location: Key Bank Cleveland
2. Account Number (last 4 digits only): 6257

~~Payroll~~ Account: Disbursement
1. Depository Name & Location: Key Bank Cleveland
2. Account Number (last 4 digits only): 9411

~~Tax~~ Account: Deposit
1. Depository Name & Location: Key Bank Cleveland
2. Account Number (last 4 digits only): 6265

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.:
_____

Date: 21-Dec-18                    _____
                                    Debtor in Possession

Form 5