# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-55889 | JEH | Judge: | John E. Hoffman, Jr. | | Trustee Name: | David M. Whittaker |
|---|---|---|---|---|---|---|---|
| Case Name: | ED MAP, INC. | | | | | Date Filed (f) or Converted (c): | 12/04/2018 (c) |
| | | | | | | 341(a) Meeting Date: | 01/03/2019 |
| For Period Ending: | 09/30/2022 | | | | | Claims Bar Date: | 02/12/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  KeyBank checking account | 190,791.00 | 0.00 | | 0.00 | FA |
| 2.  Prepayments | 25,464.00 | 0.00 | | 0.00 | FA |
| 3.  Inventory at cost | 3,860,000.00 | 1.00 | | 133,500.00 | FA |
| 4.  OFFICE EQUIPMENT, FURNISHINGS, AND | 60,000.00 | 1.00 | | 0.00 | FA |
| 5.  Leasehold Improvements | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Computer hardware and software | 408,000.00 | 1.00 | OA | 0.00 | FA |
| 7.  Warehouse equipment and shelving | 85,000.00 | 1.00 | | 0.00 | FA |
| 8.  Trademarks | Unknown | 0.00 | | 0.00 | FA |
| 9.  Internet domain names and website | Unknown | 0.00 | | 0.00 | FA |
| 10.  Customer contracts | Unknown | 0.00 | | 0.00 | FA |
| 11.  Opuserve software | Unknown | 0.00 | | 0.00 | FA |
| 12.  Nelsonville City Tax Refund | 5,521.00 | 1.00 | | 5,168.00 | FA |
| 13.  Net Operating Losses | 575,000.00 | 1.00 | | 0.00 | FA |
| 14.  Interest in Inusrance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Collectiion Claims and Accounts Receivable | 3,297,000.00 | 1.00 | | 617,994.87 | FA |
| 16.  Potential Preference Claims | 5,965,354.13 | 1.00 | | 489,994.63 | 126,567.23 |
| 17.  KeyBank refund on cancelled credit card account    (u) | 0.00 | 1.00 | | 6.69 | FA |
| 18.  Ohio Department of Taxation Refund            (u) | 0.00 | 1.00 | | 0.00 | FA |
| 19.  Refund of health Insurance Premiums            (u) | 0.00 | 1.00 | | 0.00 | FA |
| 20.  UPS Claim Settlement                (u) | 0.00 | 1.00 | | 0.00 | FA |
| 21.  Accouints Receivavle | 6,502,233.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $20,974,363.13 | $12.00 | | $1,246,664.19 | $126,567.23 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case was converted from a Chapter 11 by an order entered on December 4, 2018 with the effective date of the converstion being December 6, 2018.  The trustee was appointed on December 6, 2018.  The trustee faced a deadline for the challange of any claim or lien of KeyBank of December 14, 2018.  The trustee negotiated an extension of that date until December 28, 2018 for limited objection purposes.  The court entered an agreed order on this extension on December 13, 2018.  December 14, 2018, 08:57 am

The trustee filed an application for authority to employ counsel on 12/11/18.  The court entered the order authorizing the employment of counsel on 12/13/18.  DMW December 14, 2018, 08:57 am

The trustee had a confernce call on 12/11/18 with the debtor's counsel and the debtor's representative Greg Smith to discuss the debtor's assets and liabilities and matters requiring immediate attention.  DMW December 14, 2018, 08:59 am

The trustee had a conference call with counsel for KeyBank and other KeyBank representatives to discuss issues in the case related to KeyBank.  DMW December 14, 2018, 09:00 am

The trustee has reviewed the KeyBank documents and has not identified any basis to object to the perfection of the KeyBank lien or claim. DMW

The trustee filed an objectoin on 12/28/18 to the debtor's motion to pay pre-petition accrued vacation to employees and former employees. DMW

The trustee filed a motion on 12/27/18 to reject the group healthcare contracts with United Healthcare.  DMW

The trustee filed the Report of Meeting of Creditors Held on 1/7/19.  DMW

The court entered an order on 1/30/19 authorizing the trustee to reject the group healthcare contracts with United Healthcare.  DMW

The trustee negotiated a settlment of the pre-petition vacation motion with the debtor.  The former employees were allowed priority cliams for the vacation benefits but the trustee was not obligated to pay the priority benefits claims except as a part of a final distribution in the case.  The court entered an agreed order approving these settlement terms on 2/21/19.  DMW

The trustee has attempted to find buyers for the debtor's inventory, furniture and equipment.  The trustee has pursued possible collection of account receivables owed to the debtor.  The trustee has discussed these issues with KeyBank as the secured party regarding these assets. DMW

The trustee has nogotiated a potential settlement of the amounts owed by Columbia College to the debtor, the amount owed by the debtor to McGral Hill and the rights of KeyBank in the proceeds from this settlement.  The trustee wiill prepare a settlement motion and a settlment agreement for review by the parties to the proposed settlement.  DMW April 13, 2019, 03:30 pm

The trustee has recieved the Nelsonville City tax refund in the amount of $5168.00.  The tax refund is subject to the lien of KeyBank.  DMW April 13, 2019, 03:30 pm

An interim report was filed in this case on 4/13/19.  DMW April 13, 2019, 03:34 pm

The trustee has negotiated a proposed sale of the book inventory of the debtor with the consent of KeyBank.  The book invontory will be sold for $133,500.00 so long as the sale occurs by May 15, 2019.  After that date the purchase price goes down over time.  If the sale occurs by May 15, 2019 the trustee will receive section 506 compensation in the amount of 5% of the purchase price.  So if the sale occurs by May 15, 2019 the trustee will be paid $6675.00 for the benefit of the bankruptcy estate.  That amount will be less if the purchase price is reduced.  The trustee filed a Motion for Authority to Sell the Book Inventory on 4/25/19.  The trustee that same day filed a Motion to Reduce the Notice Period for Objections or Higher Offers in Response to the Book Inventory Sale Motion.  The court entered the Order Reducing the Notice Period on 4/25/19 and all objections or higher offers in response to the Book Inventory Sale Motion must be filed by May 9, 2019.  DMW April 27, 2019, 12:53 pm

The trustee has negotiated a settlement with ACEnet (the landlord of the debtor's business premises) and KeyBank.  The debtor's FF&E except for computer equipment and phone equipment wil lbe conveyed to ACEnet.  In considreation of the recipt of the FF&E ACEnet will waive its administartive rent claim of about $58,000.  The trustee will be paid section 506 compensation for the transaction in the amount of $3000.00.  This amount will be paid by the trustee retaining funds from the Nelsonville city tax refund and paying the difference to KeyBank.  The trustee filed a Motiion for Authority to Compromise Claims with ACEnet and KeyBank on 4/25/19.  The trustee on the same day filed a Motion to Reduce Notice Period for Objections to this proposed settlement.  The court entered the Order Reducing Notice Period on 4/25/19.  Objectoins to the proposed settlement are due by no later than May 9, 2019.  DMW April 27, 2019, 01:02 pm

As a part of the settlement terms with ACEnet and KeyBank the trustee will abandon the computer equipment and the phone equipment.  KeyBank and the trustee filed a joint motion for abandonment of the computer equipment and the phone equipment on 4/25/19.  DMW April 27, 2019, 01:03 pm

The trustee has received a check in the amount of $11.20  from WE Upjohn Institute for Employment Research for an account receivable owed to the debtor.  This AR is subject to the lien of KeyBank and the debtor will make arrangments for the trunover of the funds to KeyBank. DMW April 27, 2019, 02:56 pm

The trustee found the following checks in the debtor's business records for what appear to be accounts receivables owed to the debtor unless indicated otherwise.  The trustee will deposit these checks and then will address whether there are any issues or disputes with the payors.

Hodges University  $9364.97
Hodges University  $3992.66
Hodges University  $5164.43
MLR Operations  $1919.83 (health insurance premium rebate)
UPS/UPS Capital Insurance Agency $40.34 (UPS claim settlement)
The ATP Group  $682.50
Star Brick Logistics Inc. $100.00
Ohio Department of Taxation - Business Tax $245.78 (tax refund)
Moody Publishers  $39.99
Los Angeles Film School  $8166.96
KeyBank $6.69 (refund on overpayment of credit card account upon cancellation)

DMW May 06, 2019, 04:33 pm

The trustee filed a Motion To Limit Notice and Establish Master Service List on 5/9/19.  DMW May 09, 2019, 09:37 am

The Trustee filed a motion on 5/9/19 for authority to distribute collected funds to KeyBank, allow section 506 compensation and approve procedures for future collected funds. DMW May 09, 2019, 10:57 am

The court entered the Order Authorzing Sale of Book Inventory and the Order Authorizing Compromise of Claims with ACEnet and KeyBank on 5/10/19.  DMW May 11, 2019, 01:38 pm

The court entered an Order Limiting Notice and Establishing a Master Service List on 5/10/19.  DMW

The trustee filed a Master Service List No. 1 on 5/13/19.  DMW May 13, 2019, 01:33 pm

The trustee received the check for $133,500 for the purchase of the book inventory.  DMW May 13, 2019, 02:40 pm

The trustee has recieved the following payments of AR owed to the Debtor:  DMW May 19, 2019, 02:31 pm

American Counseling Assocaitoin  $1858.56
State of Delaware  $77.47
Sringer Nature Customer Service Center  $418.21

The trustee has recieved a check from the Ohio Department of Taxation for a refund in the amount of $307.44  DMW May 19, 2019, 02:31 pm

The following checks did not clear and were returned by the trustee's bank. DMW May 19, 2019, 02:32 pm

United Healthcare  $1919.83
The ATP Group  $682.50
The Los Angeles Film School  $8166.96
UPS Capital Insurance Agency  $40.34
Ohio Taxation Business Tax $245.78
Star Brick Logisitics $100.00

Star Brick Logistics provided the trustee with information that its payment had cleared the debtor's account per-conversion.  So the trustee willl not take any further action regarding that claim.  The trustee will investigate the other returned checks to determine if funds are owed to hte bankruptcy estate.  DMW May 19, 2019, 02:37 pm

The following checks did not clear  DMW May 21, 2019, 12:16 pm

Hodges University  $5164.43
Hodges University  $9364.57
Hodges University  $3992.66
Moody Publishers  $39.99

The trustee sent checks to KeyBank in the amount of $126,825.00 and $2168.00 for payments on its secured claim per the Order authorizing the sale of the book inventory and the Order authorizing the settlement with ACEnet and KeyBank.  DMW  June 03, 2019, 09:38 am

The court entered an Order on 5/22/19 authorizing the allowance of fees in the amount of $21,135.00 and expenses in the amount of $!82.03 to Wickens Herzer Panza as co-counsel for the unsecured creditors committee when the case was pending as a Chapter 11.  DMW June 03, 2019, 09:41 am

The court entered an Order on 5/22/19 authorizing the allowance of fees in the amount of $120,442.95 and expenses in the amount of $3.30 to Lowenstein Sandler LLP as co-counsel for the unsecured creditors committee when the case was pending as a Chapter 11.  DMW June 03, 2019, 09:43 am

The court entered an Order on 5/22/19 authorizinig the allowance of fees in the amount of $93,344.00 and expenses in the amount of $228.90 to BDO USA as financal advisor to the usecured creditors committee when the case was pendiing as a Chapter 11.  DMW June 03, 2019, 09:47 am

The court entered orders on 6/7/19 for the abandonment of the debtor's computer equipment and granting KeyBank relief from stay regarding the computer equipment.  DMW June 11, 2019, 11:28 am

The trustee filed a Master Service List No. 2 on 5/20/19.  DMW

The trustee filed a Motion for Authority to Distribute Collected Funds to KeyBank on 5/9/19.  DMW

The court entered an Order Authorizing the Distribution of Collected Funds to KeyBank on 6/27/19.  DMW July 02, 2019, 06:44 pm

The Trustee filed Master Service List No. 3 on 7/1/19.  DMW July 02, 2019, 06:45 pm

The trustee filed a Motoin for Authority to Abandon and Destroy Unnecessary Documents on 7/3/19.  DMW July 03, 2019, 10:16 am

The trustee filed a Report of Sale of the Book Inventory on 7/10/19.  DMW July 10, 2019, 10:30 am

The trustee filed a First Report of Collected Funds and Disbursements to KeyBank on 7/10/19.  A check was sent to KeyBank in the amount of $2545.95 for its share of the Collected Funds. DMW July 10, 2019, 10:31 am

The court entered the corder on 8/1/19 authorizing the destruction of unnecessary documents.  DMW August 01, 2019, 04:48 pm

The trustee filed a motion for authority to compromise disputes with Columbia College, McGraw-Hill and KeyBank on 8/2/19.  The trustee will receive gross funds of $476,424.33 from the poposed settlement.  $452,603.11 of the settlement amount will be paid to KeyBank on its secured claim and the trustee will retain $23,821.22 of  the settlement amount.  DMW August 02, 2019, 12:56 pm

The court entered the Order on 8/29/19 authorizing the compromise with Columbia College, McGraw-Hill and KeyBank. DMW August 29, 2019, 09:39 am

The trustee has received settlement agreements signed by KeyBank and McGraw Hill.  The truste sent a letter to the attorney for Columbia College requesting that the College sign the settlement agreement. DMW September 27, 2019, 05:17 pm

The court entered an Order on 10/9/19 allowing debtor's counsel Strip Hoppers Leithart McGrath & Terlecky attorney fees in the amount of $87,023.75 and expenses in the amount of $4682.44.  After crediit of the retainer paid to the debtor's counsel the unpaid allowed Chapter 11 administrative claim for the debtor's counsel is $55,922.66.  DMW October 09, 2019, 11:07 am

The trustee has not recieved the settlement agreement signed by Columbia College and has not received the settlement payment from Columbia College.  The trustee sent another email to counsel for Columbia College following up on these matters. DMW October 24, 2019, 10:08 am

The trustee is reviewing the debtor's business records for information regarding preference claims. DMW October 24, 2019, 10:09 am

The trustee paid a fee of $400 to Jason Whitffileld for assistance and the removal and desctruction of business recorrds as authorized by the Order on the destruction of unnecessary documents. DMW October 24, 2019, 10:10 am

An interim report was filed in this case on 10/24/19.  DMW

The trustee received the settlement payment of $476,424.33 from Columbia College on 11/4/19.  DMW November 04, 2019, 06:03 pm

The trustee sent KeyBank a check in the amount of $452,603.11 for its share of the Columbia College settlement funds. DMW November 16, 2019, 02:58 pm

The trustee has negotiated a settlement with Herzing College on the amount owed to the debtor. Herzing College will pay the trustee the sum of $88,897.65. 95% of this amount will be paid to KeyBank pursuant to its lien and ;pursuant to the order entered by the court on the collection of funds subject to the KeyBank lien.  The trustee will retain 5%.  The trustee will prepare a settlement agreement and settlement motiion.  DMW July 14, 2020, 04:41 pm

The trustee filed the motion for authority to compromise claims agasint Herzing on 7/30/20.  A proposed settlement agreement was sent to the attorney for Herzing on the same date. DMW July 30, 2020, 04:02 pm

The trustee has received the settlment agreement signed by Herzing. DMW August 31, 2020, 01:10 pm

The trustee has settled the preference claim agasinst Michael Himmel for $2500 and the trustee has received the settlement payment from Michael Himmel.  The trustee will prepare the settlement documents. DMW September 02, 2020, 11:55 am

The trustee has settled the preference claim against Associatoin of Golf Merchandisers for $2210 and the trustee has recieved the settlement payment from Association of Golf Merchandisers. The trsutee will prepare the settlement documents. DMW September 17, 2020, 02:09 pm

The trustee filed 24 adversary proceedings to avoid and recover preferences DMW September 17, 2020, 02:10 pm

The courit entered the order on 9/28/20 authorizing the compromise of the claims agasint Herzing.  DMW September 28, 2020, 11:11 am

The trustee sent an email to counsel for  Herzing on the receipt of the entered order and requesting the settlment payment. DMW September 28, 2020, 11:50 am

The trustee has received the settlement payment from Herzing. DMW October 06, 2020, 08:27 pm

The trustee has negotiated a settlement of the claim against the Ancora Defendants for a settlement payment of $50,0000.  The trustee will prepare the settlement motion and settlement agreement. DMW October 06, 2020, 08:28 pm

The trustee has initiatied a wire transfer to KeyBank in the amount of $84,452.78 for its share of the Herzing settlement. DMW October 16, 2020, 01:05 pm

The trustee has settled the preference claim against D&H Distribution for $500. This proposed settlement will be included in the first omnibus settlement motion. DMW October 21, 2020, 03:56 pm

An interim report was filed on 10/26/20.  DMW October 27, 2020, 10:36 am

The trustee filed a motion for authority to compromise the claims against the Ancora Parties on 11/12/20.  A settlement agreement was sent to the attorney for the Ancora Parties on the same date. Per the terms of the settlement the Ancora Parties will pay the Trustee the sum of $50,000.  $47,500  of the settlement will be paid to KeyBank pursuant to its lien. DMW November 12, 2020, 10:35 am

The trustee has received the settlement agreement signed by the Ancora Parties.  DMW November 13, 2020, 09:40 am

The trustee has negotiated a settlement of the preference adversary proceeding against TestOut Corporation.  TestOut will pay the trustee a settlement payment of $4000.  The trustee will prepare a settlement agreement and will include this proposed settlement in the first omnibus settlement motion that will be filed in the debtor's case. DMW November 14, 2020, 02:15 pm

The trustee has negotiated a settlement of the preference adversary proceeding against Porter Wright. Porter Wright will pay the trustee as settlement payment of $35,000 and will waive its pre-petition claim, the right to assert a claim for the settlement payment and its administrative claim. The trustee will prepare and settlement agreement and will include this proposed settlement in the omnibus settlement motion that will be filed soon in this case. DMW November 25, 2020, 11:44 am

The trustee has negotiated a settlement of the preference claim against Macmillan for $7034.63 and the trustee has received the settlement payment. The trustee will include this proposed settlement in the omnibus settlement motion that will be filed in this case. DMW November 25, 2020, 11:43 am

The trustee filed a Report of the Proposed Settlement of the Adversary Proceeding against TestOut and a Report of the Proposed Settlement of the Adversary Proceeding against Porter Wright.  DMW November 27, 2020, 03:43 pm

The trustee send a proposed settlement agreement to the attorney for Porter Wright. DMW November 27, 2020, 03:43 pm

The trustee has negotiated a settlement of the preference claim against Kendall Hunt for $2000 and has negotiated a settlement for the preference claim against Peregrine for $5500.  DMW December 06, 2020, 01:40 pm

The trustee has negotiated a settlement of the preference claim against Geostar for $4500.  DMW December 16, 2020, 05:28 pm

The court entered the order on 12/29/20 authorizing the compromise of the state court litigation against the Ancora Defendants. The trustee sent an email to the attorney for the Ancora Defendants sending the entered order and requesting the settlement payment. DMW December 29, 2020, 10:35 am

The trustee has negotiated a settlement of the preference claim against RingCentral. RingCentral will make a settlement payment of $5000 to the trustee. The trustee will prepare the settlement agreement and will include the proposed settlement in an omnibus settlement motion. DMW January 07, 2021, 03:41 pm

The trustee has received the $50,000 settlement payment from the Ancora Parties. DMW January 15, 2021, 01:26 pm

The trustee has negotiated a settlement of the adversary proceeding against MedTrak. MedTrak will make a settlement payment of $2000 to the trustee. The trustee will prepare the settlement documents. DMW January 15, 2021, 01:26 pm

The settlement agreement with Peregrine Academic has been executed by Peregrine and the trustee. DMW January 15, 2021, 04:29 pm

The settlement agreement with Porter Wright has been executed by Porter Wright and the trustee. DMW January 18, 2021, 01:04 pm

The trustee issued a check to KeyBank in the amount of $47,500 for its share of the settlement with the Ancora Parties. The check was sent to KeyBank by overnight delivery on 1/26/21. DMW January 26, 2021, 02:52 pm

The trustee has received the settlement agreement signed by Geostar. DMW January 26, 2021, 08:35 pm

The trustee filed Motions for Default Judgment Against Cengage Learning, Elesevier and Wotters Kluwer on 1/27/21. DMW January 27, 2021, 04:08 pm

The trustee has received the settlement agreement signed by MedTrak. DMW January 27, 2021, 04:20 pm

The trustee filed an Amended Complaint against EMC Publishing on 1/27/21. DMW January 27, 2021, 05:18 pm

The trustee has negotiated a settlement of the adversary proceeding against Medline Industries for a settlement payment of $4000 and a waiver of the right to file a proof of claim for the settlement amount. The trustee will prepare the settlement agreement and settlement motion. DMW February 03, 2021, 04:16 pm

The trustee has negotiated a settlement for the claim against AHIMA for a settlement payment of $16,000 and a settlement of the claim against eScience for a settlement payment of $28,000 and a settlement of the claim against Lightning Source for $6500. The trustee will prepare the settlement documents. DMW February 11, 2021, 01:41 pm

The trustee has negotiated a settlement of the claim against Pearson Education for $5,000. The trustee will prepare the settlement documents. DMW February 11, 2021, 05:17 pm

The trustee has received the settlement agreement signed by Kendall Hunt. DMW February 12, 2021, 10:17 am

The trustee filed a withdrawal of the motion for default judgment against Cengage because Cengage filed an answer after the motion was filed. DMW February 16, 2021, 05:14 pm

The trustee has negotiated a settlement of the preference claim against Vitalsource for a settlement payment of $300,000. The trustee will prepare the settlement documents. DMW February 16, 2021, 05:15 pm

The trustee has received the settlement agreements signed by VitalSource and Lightning Source. DMW February 26, 2021, 02:14 pm

The trustee filed pre trial statements and attended telephone pre trials in the adversary proceedings against McGraw Hill and FA Davis. DMW March 02, 2021, 11:58 am

The trustee negotiated a settlement of the preference claim against Taylor & Francis for a settlement payment of $8000. The trustee will prepare the settlement documents. DMW March 02, 2021, 11:59 am

The trustee has negotiated a settlement of the preference claim against Jones & Bartlett for a settlement payment of $9000. The trustee will prepare the settlement documents. DMW March 02, 2021, 12:47 pm

The trustee has received the signed AHIMA settlement agreement. DMW March 04, 2021, 03:07 pm

The trustee filed a First Omnibus Settlement Motion Regarding Claims Against Michael Himmel, Association of Golf Merchandisers & Macmillan Publishers on 3/8/21 DMW March 08, 2021, 11:33 am

The trustee filed a Second Omnibus Settlement Motion Regarding Claims Against D&H Distributing Company, GeoStar LLC & RingCentral Inc. on 3/8/21. DMW March 08, 2021, 11:35 am

The trustee has negotiated a settlement of the preference claim against John Wiley & Sons.  John Wiley & Sons will make a settlement payment to the trustee of $36,500.  The trustee will prepare the settlement documents. DMW March 15, 2021, 05:09 pm

The trustee has received the settlement agreement signed by RingCentral. DMW March 16, 2021, 04:39 pm

The trustee has received the settlement agreement signed by TestOut. DMW March 19, 2021, 05:47 pm

The trustee has received the settlement agreement signed by Taylor & Francis. DMW March 30, 2021, 08:13 pm

The trustee has received the settlement agreement signed by Jones & Bartlett. DMW April 06, 2021, 02:51 pm

The trustee filed the Third Omnibus Settlement Motion regarding claims against Lightning Source and VitalSource on 4/7/21.  DMW April 07, 2021, 11:25 am

The trustee has received the settlement agreement signed by John Wiley & Sons.  DMW April 09, 2021, 02:54 pm

The trustee filed the Fourth Omnibus Settlement Motion regarding claims against Peregrine, MedTrak and Medline on 4/12/21.  DMW April 12, 2021, 11:09 am

The trustee filed the Fifth Omnibus Settlement Motion regarding clams against TestOut, Kendall Hunt and Porter Wright on 4/13/21. DMW April 13, 2021, 01:31 pm

The court entered the Order Granting the First Omnibus Settlement Motion and the Order Granting the Second Omnibus Settlement Motion on 4/19/21.  DMW April 19, 2021, 11:19 am

The trustee has received the settlement agreement signed by Medline Industries, DMW April 19, 2021, 01:15 pm

The trustee has negotiated a settlement of the preference claim against FA Davis for a settlement payment of $6750.  DMW April 21, 2021, 05:08 pm

The trustee has received the settlement agreement signed by Pearson Education. DMW April 21, 2021, 05:19 pm

The trustee has received the $500 settlement payment from Sander Law the attorney for D& H Distributing Company.  DMW April 27, 2021, 02:57 pm

The trustee has received the settlement agreement signed by eScience. DMW April 28, 2021, 05:08 pm

The trustee filed a Notice of Dismissal of the Adversary Proceeding Against D&H Distributing on 4/29/21.  DMW April 29, 2021, 12:09 pm

The trustee received the $4500 settlement payment from Telecommunications Network Solutions LLC for GeoStar. DMW May 03, 2021, 02:19 pm

The trustee received the $5000 settlement payment from RingCentral. DMW May 05, 2021, 02:42 pm

The trustee has filed a Substitution of Counsel in the state court case against the Ancora Parties so the trustee can submit the Agreed Order dismissing the claims against the Ancora Parties per the terms of the settlement. DMW May 05, 2021, 03:58 pm

The trustee filed a Notice of Dismissal of the Adversary Proceeding Against GeoStar LLC on 5/14/21. LYC May 14, 2021, 10:38 am

The trustee filed a Notice of Dismissal of the Adversary Proceeding Against RingCentral Inc. on 5/14/21. LYC May 14, 2021, 10:40 am

The trustee filed the Sixth Omnibus Settlement Motion on 5/16/2 requesting authority to settle the claims against AHIMA, eScicence and John Wiley & Sons. DMW May 17, 2021, 02:41 pm

The court entered the Order Granting the Third Omnibus Settlement Motion, the Order Granting the Fourth Omnibus Settlement Motion, and the Order Granting the Fifth Omnibus Settlement Motion on 5/18/21. LYC May 18, 2021, 09:24 am

The trustee received the $4000 settlement payment from Medline Industries  DMW May 18, 2021, 03:19 pm

The trustee filed a Notice of Dismissal of the Adversary Proceeding Against Medline Industries on 5/21/21. LYC May 21, 2021, 12:50 pm

The trustee filed the Seventh Omnibus Settlement Motion on 5/24/21 requesting authority to settle the claims against TestOut (Amended), F.A. Davis, Taylor & Francis, and Jones & Bartlett.  LYC May 24, 2021, 02:30 pm

The trustee received the settlement payment of $35,000 from Porter Wright and the settlement payment of $2000 from Kendall Hunt. DMW May 27, 2021, 02:20 pm

The trustee received the settlement payment of $5500 from Peregrine Academic. DMW May 27, 2021, 02:21 pm

The trustee filed a Notice of Dismissal of the Adversary Proceeding Against Kendall Hunt and a Notice of Dismissal of the Adversary Proceeding Against Peregrine on 6/1/21. LYC June 01, 2021, 10:38 am

The trustee has received the VitalSource settlement payment of $300,000 and the Lightning Source settlement payment of $6500.  DMW June 04, 2021, 06:13 pm

The trustee filed Notices of Dismissal of the Adversary Proceedings Against Porter Wright, Lightning Source and VitalSource 6/10/21. LYC June 10, 2021, 10:24 am

The trustee received the $2000 settlement payment from MedTrak.  DMW June 21, 2021, 11:42 am

The trustee filed objections to Claims No. 26, 32, and 37 on 6/21/21. DMW June 21, 2021, 11:47 am

The trustee received documents from counsel for Cengage confirming that Cengage had a complete subsequent new value defense to the preference claim. The trustee approved an agreed order dismissing the adversary proceeding against Cengage and the Court entered that agreed order on 6/23/21. DMW June 23, 2021, 10:13 am

The court entered the Order Granting the Sixth Omnibus Settlement Motion and the Order Granting the Seventh Omnibus Settlement Motion on 6/25/21. LYC June 25, 2021, 09:41 am

The trustee filed Master Service List No. 6 on 6/28/21. LYC June 29, 2021, 10:00 am

The trustee has received the $4,000 settlement payment from TestOut and the $36,500 settlement payment from John Wiley & Sons Inc. DMW July 06, 2021, 02:51 pm

The trustee received the $16,000 settlement payment from AHIMIA on 7/7/21. LYC July 07, 2021, 01:44 pm

The trustee filed a Stipulation Withdrawing the Proof of Claim of John Wiley & Sons and a Stipulation Withdrawing the Proof of Claim of Taylor & Francis on 7/8/21. LYC July 08, 2021, 05:46 pm

The trustee filed Notices of Dismissal of the Adversary Proceedings Against TestOut, AHIMA, and John Wiley & Sons on 7/8/21. LYC July 08, 2021, 05:47 pm

The trustee received the $8000 settlement payment from Taylor & Francis and the $28,000 settlement payment from eScience. DMW July 12, 2021, 02:25 pm

The  trustee received the $9000 settlement payment from Jones & Bartlett. DMW July 16, 2021, 10:35 am

The trustee filed the Notice of Dismissal of Adv. Pro No. 20-2097 Against Jones & Bartlett Learning. LYC July 20, 2021, 02:12 pm

The trustee filed a Stipulation Withdrawing the Proof of Claim of Jones & Bartlett and a Stipulation Withdrawing the Proof of Claim of eScience on 7/21/21. LYC July 21, 2021, 02:51 pm

The Court entered an Order on 7/29/21 authorizing the Trustee to abandon the claims of the bankruptcy estate in the Delta Career Education Chapter 7 and against Ashford University and the authority to assign these claims to KeyBank. LYC August 02, 2021, 09:50 am

The Trustee filed Notices of Dismissal of the Adversary Proceedings Against Taylor & Francis and eScience on 8/12/21. LYC August 12, 2021, 10:37 am

The Court entered an Order Sustaining the Trustee's Objection to Proof of Claim No. 26  of Gregory Smith on 8/19/21. LYC August 20, 2021, 10:19 am

The Court entered an Order Sustaining the Trustee's Objection to Proof of Claim No. 37  of Sarah Riddlebarger on 8/31/21. LYC September 02, 2021, 10:09 am

The court entered an Order Sustaining the Trustee's Objection to Proof of Claim no. 32 of Kerry Pigman on 9/27/21. - David Whittaker 9/28/2021

The trustee has negotiated a settlement of the preference claim against McGraw Hill.  McGraw Hill will pay the trustee $5000 and waive any administrative claim  - David Whittaker 10/17/2021

The trustee received the $6750 settlement payment from FA Davis.  - David Whittaker 10/22/2021

The trustee filed a Report of Proposed Settlement of the Adversary Proceeding 20-ap-2096 Against McGraw Hill on 10/21/21.  - Lindsey Corl 10/22/2021

The trustee filed Notices of Dismissal of the Adversary Proceedings Against MedTrak and F.A. Davis on 10/21/21.  - Lindsey Corl 10/22/2021

An Interim Report was filed in this case on October 28, 2021. - Lindsey Corl 10/28/2021

The Trustee received the $5000 settlement payment from McGraw Hill. - David Whittaker 3/10/2022

The Trustee filed a Motion for Default Judgment in Adv Pro 20-2089 against Wolters Kluwer and a Motion for Default Judgment in Adv Pro 20-2106 against ECM Publishing and Paradigm Publishing on June 1, 2022. - Lindsey Corl 6/2/2022

The Trustee received the Settlement Agreement signed by McGraw Hill. - David Whittaker 7/12/2022

The Court entered an Order granting a default judgement against EMC Publishing in Adv. Pro. No. 20-2106 on July 21, 2022. - Lindsey Corl 7/22/2022

The Court entered an Order granting a default judgement against Wolters Kluwer in Adv. Pro. No. 20-2089 on July 21, 2022. - Lindsey Corl 7/22/2022

The Trustee filed a Motion to Approve compromise under Rule 9019 regarding the preference claim against McGraw-Hill on August 24, 2022. - Lindsey Corl 8/26/2022

The Court entered an Order authorizing the Trustee to compromise the claims against McGraw Hill on October 3, 2022. - Lindsey Corl 10/3/2022

The Trustee sent a settlement proposal to Wolters Kluwer regarding the Trustee's Default Judgment. - David Whittaker 10/10/2022

The corporate charter of Paradigm Publishing Inc has been canceled and the collection of the default judgment against that company appears unlikely. - David Whittaker 10/10/2022

An Agreed Order was entered Dismissing the Adversary Proceeding against McGraw Hill with Prejudice on October 13, 2022. - Lindsey Corl 10/14/2022

| RE PROP # | 1 | -- | The Debtor's schedules indicate that $190,791.00 was on deposit in this account on the date of the petition.  But all remaining funds in the account were paid to KeyBank due to its security intererst and per court order upon the conversion of the case to Chapter 7, so the trustee did not obtain possession of any bank deposits |
| RE PROP # | 2 | -- | Prepayments existed when the Chaptrer 11 was filed but the prepayments did not have value for the benefit of the Chapter 7 estate upon the conversion of the case as any prepayments are subject to the lien of KeyBank |
| RE PROP # | 6 | -- | The court entered an order on 6/7/19 for the abandonment of the computer hardware but not the software.  Siince the hardware and the software are scheduled together the Trustee is indicating that this category of assets ahs been abandonemend but acutally it is the only the hardware that has been abandoned.  The Trustee does not believe that the software has any value so the asset is being designated as fully adminsitered. 6/11/19 |
| RE PROP # | 15 | -- | The court entered an Order on 7/29/21 auhtoizing the Trustee to abandon the last two claims in this catory of assets which were the clami against Ashford University and the claim in the Delta Career Education et. al. Chapter 7 casse. |
| RE PROP # | 16 | -- | Information from Statement of Financial Affairs |

Initial Projected Date of Final Report (TFR): 02/20/2020          Current Projected Date of Final Report (TFR): 07/31/2023

Trustee Signature:      /s/ David M. Whittaker       Date: 10/26/2022

David M. Whittaker
Two Miranova Place
Suite 700
Columbus, OH 43215-5098
(614)340-7431
dwhittaker@isaacwiles.com